## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NPC INTERNATIONAL, INC., *et al.*,[1] | § | Case No. 20-33353 (DRJ) |
| | § | |
| | § | (Joint Administration Requested) |
| Debtors. | § | |
| | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned appears as counsel on behalf of Pizza Hut, LLC ("Pizza Hut"), files this Notice of Appearance and Request for Notices (the "Notice"), and requests that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned cases be given to and served upon:

Charles R. Gibbs
Eric Seitz
Jane A. Gerber
**McDermott Will & Emery LLP**
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
(214) 295-8000
crgibbs@mwe.com
eseitz@mwe.com
jagerber@mwe.com

-and-

Nathan F. Coco
**McDermott Will & Emery LLP**
Two Allen Center
1200 Smith Street, Suite 1600
Houston, TX 77002-4403

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification numbers, are: NPC International, Inc. (7298); NPC Restaurant Holdings I LLC (0595); NPC Restaurant Holdings II LLC (0595); NPC Holdings, Inc. (6451); NPC International Holdings, LLC (8234); NPC Restaurant Holdings, LLC (9045); NPC Operating Company B, Inc. (6498); and NPC Quality Burgers, Inc. (6457). The Debtors' corporate headquarters and service address is 4200 W. 115th Street, Suite 200, Leawood, KS 66211.

(713) 653-1700
ncoco@mwe.com

**PLEASE TAKE FURTHER NOTICE** that this Notice encompasses all notices, copies and pleadings referred to in section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and in Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect the above cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any prior or later appearance shall be deemed or construed to be a waiver of rights of Pizza Hut to (i) have final orders in noncore matters only after de novo review by a district judge, (ii) a trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any rights, claims, actions, defenses, setoffs or recoupments, under agreements, to which Pizza Hut is or may be entitled, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Remainder of Page Intentionally Left Blank*]

|  |  |
|---|---|
| Dated: July 1, 2020 | Respectfully submitted, |

**MCDERMOTT WILL & EMERY LLP**

*/s/ Charles R. Gibbs*
Charles R. Gibbs
Texas State Bar No. 7846300
Eric Seitz
Texas State Bar No. 24067863
Jane A. Gerber
Texas State Bar No. 24092416
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: crgibbs@mwe.com
   eseitz@mwe.com
   jagerber@mwe.com

-and-

Nathan F. Coco
Texas State Bar No. 24091122
Two Allen Center
1200 Smith Street, Suite 1600
Houston, TX 77002-4403
Telephone: (713) 653-1700
Facsimile: (972) 232-3098
Email: ncoco@mwe.com

*Counsel to Pizza Hut, LLC*

## **CERTIFICATE OF SERVICE**

      I certify that on July 1, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                           /s/ *Charles R. Gibbs*
                                                           Charles R. Gibbs