UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33353 (DRJ) |
|---|---|---|---|
| Debtor | In Re: NPC INTERNATIONAL, INC.*, et al.,* | | |

This lawyer, who is admitted to the State Bar of  New York :

| | |
|---|---|
| Name | Scott J. Greenberg |
| Firm | Gibson, Dunn & Crutcher LLP |
| Street | 200 Park Avenue |
| City & Zip Code | New York, NY 10166-0193 |
| Telephone | 212-351-4000 |
| Licensed: State & Number | New York Bar No. 4126991 |

Seeks to appear as the attorney for this party:

Ad Hoc Priority and First Lien Lender Group

Dated: 7/1/2020     Signed: */s/ Scott J. Greenberg*

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                        Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                            United States Bankruptcy Judge