UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   20-33353 |
| NPC INTERNATIONAL, INC. | § | |
| DEBTORS(S), | § | CHAPTER   11 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

| | | |
|---|---|---|
| **SMITH COUNTY** | **TARRANT COUNTY** | **IRVING ISD** |
| **DALLAS COUNTY** | | |

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on <u>2nd</u> day of <u>July, 2020</u>, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | | |
|---|---|---|
| ALFREDO R. PEREZ | TRUSTEE-SOUTHERN TX | NPC INTERNATIONAL, INC. |
| WEIL, GOTSHAL ET AL | 515 RUSK AVE. | 4200 W 115TH STREET STE 200 |
| 700 LOUISIANA STREET, SUITE 1600 | STE. 3516 | LEAWOOD, KS 66211 |
| HOUSTON, TX 77002 | HOUSTON, TX 77002 | |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207
Telephone:  (214) 880-0089
Facsimile:   (469) 221-5003
Email:       dallas.bankruptcy@publicans.com

By: /s/ Lisa Large Cockrell
_____
     Lisa Large Cockrell
     SBN: 24036379 TX

By: /s/ Elizabeth Weller
_____
     Elizabeth Weller
     SBN:00785514TX