IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NPC International, Inc., et al., | § | Case No. 20-33353 (DRJ) |
| | § | |
| Debtors. | § | Jointly Administered |

### SSP BLUE RIDGE, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**This is a motion for relief from the automatic stay. If it is granted, the movant may act outside of the bankruptcy process. If you do not want the stay lifted, immediately contact the moving party to settle. If you cannot settle, you must file a response and send a copy to the moving party at least 7 days before the hearing. If you cannot settle, you must attend the hearing. Evidence may be offered at the hearing and the court may rule.**

**Represented parties should act through their attorney.**

**There will be a hearing on this matter on September 10, 2020 at 2:00 p.m. in Courtroom 400, 515 Rusk, Houston, TX 77002.**

SSP BLUE RIDGE, LLC ("**Movant**") files this its *Motion for Relief from the Automatic Stay* (the "**Motion**") and, in support thereof, would respectfully show the Court as follows:

### PARTIES AND JURISDICTION

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (G), and (O). Venue is proper in this district pursuant to 28 U.S.C. § 1409. This Court has authority to grant the relief requested pursuant to §§ 362(d) of title 11 of the United States Code (the "**Bankruptcy Code**")[1], Fed. R. Bankr. P. 4001, and BLR 4001-1.

2. The Debtors filed their jointly administered bankruptcy cases under Chapter 11 on July 1, 2020 (the "**Petition Date**").

---

[1] Except as otherwise noted herein, all section (§) references are to the Bankruptcy Code.

3. Movant is a lessor of a lease with Debtor NPC International, Inc. ("**Debtor**") for a Pizza Hut store, for which lease the Debtor gave a pre-petition notice of termination to Movant on May 19, 2020, with an effective lease termination date of July 31, 2020. Movant is also a creditor and party-in-interest in this proceeding.

## THE LEASE

4. Debtor executed a Lease Agreement with Movant on or about February 15, 1985 for lease of certain property commonly known as "Pizza Hut #4793 and situated at 1480 Terrell Mill Rd., Suite E, in Marietta, Georgia (as amended, the "**Lease**"). A true and correct copy of the Lease, together with a copy of all applicable amendments, is attached hereto as Exhibit "A" and incorporated herein for all purposes.

5. On May 19, 2020, the Debtor and Movant entered into that certain Lease Termination Agreement, through which the Debtor agreed that the Lease would terminate July 31, 2020 (the "**Lease Termination Agreement**"). A true and correct copy of the Lease Termination Agreement is attached hereto as Exhibit "B" and incorporated herein for all purposes.

6. The Debtor is delinquent in failing to pay both prepetition and post-petition rentals owing pursuant to the Lease up to and including the Lease termination date of July 31, 2020 (the "**Lease Termination Date**"). In addition, the Debtor has held over after the Lease Termination Date, has continued to operate the leased premises after the Lease Termination Date, and has not paid any rent or holdover rent to Movant or otherwise compensated Movant for use of the leased premises.

7. Movant is the current owner of the real property subject to the Lease and landlord under the Lease and is entitled to enforce all rights thereunder, to receive all sums due thereunder, to receive compensation for use of the leased premises following the termination of the Lease, and to obtain immediate possession of the leased premises.

**SECTION 362(d)(1) "CAUSE" - LACK OF ADEQUATE PROTECTION**

8. The Lease terminated as of July 31, 2020 pursuant to the Lease Termination Agreement. Movant has asked the Debtor to vacate the leased

premises covered by the Lease so that Movant can lease same to others, but Debtor has failed and refused to do so, and has also failed to pay both prepetition and post-petition amounts owed to Movant under the Lease, and to compensate Movant for its use of the leased premises following the Petition Date and the Lease Termination Date. As of the date hereof, the amount of total delinquency under the Lease is no less than $8,340 through July, 2020, of which the total delinquency post-petition under the Lease is no less than $4,170.00. Movant reserves all rights related to the delinquency under the Lease.

9. Section 362(d) of the United States Bankruptcy Code authorizes relief from the stay as provided in Section 362(a) under the following circumstance:

> (1) for cause, including the lack of adequate protection of the interest in property of such party-in-interest[.]

10. "What constitutes 'cause' for the lifting of the stay pursuant to Section 362(d)(1) is not defined in the Bankruptcy Code. Whether cause exists must be determined on a case by case basis based on an examination of the totality of circumstances." *In re WGMJR, Inc.*, 435 B.R. 423, 432 (Bankr. S.D. Tex. 2010) (citing *In re Reitnauer*, 152 F.3d 341, 343 n.4 (5th Cir. 1998); *In re Mendoza*, 111 F.3d 1264 (5th Cir. 1997)). For purposes of § 362(d)(1), "cause" may arise from a lack of adequate protection or from a variety of other circumstances. *Lomas Mortgage USA, Inc. v. Elmore*, 94 B.R. 670, 672 (Bankr. C.D. Cal. 1988); *see also Sun Valley Ranchers, Inc. v. Equitable Life Insurance Society of the United State (In re Sun Valley Ranchers, Inc.)* 823 F.2d 1373, 1376 (9th Cir. 1987).

11. In the instant motion, Section 362(d)(1) is applicable and authorizes this Court to grant the relief requested and lift the automatic stay to allow Movant to exercise all rights and available remedies under state law with respect to the leased premises, including, but not limited to evicting the Debtor or other debtors in the above captioned proceedings from the leased premises covered by the Lease or to otherwise obtain possession of the leased premises as provided for by state law.

12. Without relief from the stay, Movant will be left solely with a claim against the Debtor (including a claim for administrative rent), which the Debtor may not be able to satisfy.

13. Finally, imposition of the Rule 4001(a)(3) stay will directly harm Movant by requiring it to wait 14 days before it can begin the process of removing

the Debtor and mitigating its damages. For the above and foregoing reasons, Movant asserts cause exists sufficient to lift the automatic stay and waive the requirement of Bankruptcy Rule 4001(a)(3), therefore allowing an order on this Motion to be effective immediately upon entry.

WHEREFORE, PREMISES CONSIDERED, Movant prays:

1.  For an order granting Movant relief from the automatic stay of 11 U.S.C. § 362(a) as it applies to the Debtor or any of the other debtors in the above captioned cases, the Debtors' Estates, and the leased premises covered by the Lease;

2.  For an order allowing Movant to exercise all rights and available remedies under state law, including, but not limited to, evicting the Debtor or other debtors in the above captioned proceedings from the leased premises covered by the Lease or to otherwise obtain possession of the leased premises as provided for by state law;

3.  That the fourteen day period otherwise imposed by Bankruptcy Rule 4001(a)(3) not be applicable to this Order; and

4.  For such other and further relief to which Movant is justly entitled.

Dated: August 13, 2020.

Respectfully submitted,

 /s/ Jay L. Krystinik
Keith M. Aurzada (TX Bar No. 24009880)
Jay L. Krystinik (TX Bar No. 24041279)
REED SMITH LLP
2501 N. Harwood St., Ste. 1700
Dallas, Texas 75201
T:  469.680.4200
F:  469.680.4299
kaurzada@reedsmith.com
jkrystinik@reedsmith.com

**Attorneys for SSP BLUE RIDGE, LLC**

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on August 12, 2020, I contacted counsel for the Debtor via telephone at 3:54 p.m. to discuss seeking relief from the automatic stay. On August 13, 2020, I contacted counsel for the Debtor again via telephone at 11:19 a.m. to discuss seeking relief from the automatic stay. I have been unable to reach Debtor's counsel. Therefore the matter is presented to the Court for determination.

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on August 13, 2002, a true and correct copy of the foregoing document was served via first class mail or via the Court's Electronic Case Filing (ECF) System to (i) the Debtor and Debtor's counsel; (ii) the Office of the United States Trustee; and (iii) those persons on the attached service list.

                                            */s/ Jay L. Krystinik*
                                            Jay L. Krystinik

| | |
|---|---|
| AKERMAN LLP<br>(COUNSEL TO KOVNICK JAX, LLC & TINSELTOWN PLAZA, LLC)<br>ATTN: YELENA ARCHIYAN<br>2001 ROSS AVE, STE 3600<br>DALLAS, TX 75201 | AKERMAN LLP<br>(COUNSEL TO KOVNICK JAX, LLC & TINSELTOWN PLAZA, LLC)<br>ATTN: JACOB A. BROWN<br>50 N LAURA ST, STE 3100<br>JACKSONVILLE, FL 32202 |
| ALABAMA POWER COMPANY<br>ATTN: MARK A. CROSSWHITE<br>600 18TH ST N<br>BIRMINGHAM, AL 35203-2220 | ALABAMA POWER COMPANY<br>ATTN: MARK A. CROSSWHITE<br>PO BOX 242<br>BIRMINGHAM, AL 35292 |
| ALSTON & BIRD LLP<br>(COUNSEL TO MCLANE FOODSERVICE, INC.)<br>ATTN: JONATHAN T EDWARDS & DAVID A. WENDER<br>ONE ATLANTIC CENTER<br>1201 WEST PEACHTREE STREET<br>ATLANTA, GA 30309 | ALSTON & BIRD LLP<br>(COUNSEL TO MCLANE FOODSERVICE, INC.)<br>ATTN: JONATHAN T. EDWARDS;DENNIS J. CONNOLLY<br>DAVID A. WENDER; JACOB JOHNSON<br>ONE ATLANTIC CENTER<br>1201 WEST PEACHTREE ST<br>ATLANTA, GA 30309 |
| AMERICAN REALTY CAPITAL<br>ATTN: DEBBIE HESTER<br>2325 EAST CAMELBACK ROAD SUITE 1100<br>PHOENIX, AZ 85016 | BARCLAY DAMON LLP<br>(COUNSEL TO RIVERCREST REALTY ASSOCIATES, LLC)<br>ATTN: KEVIN M. NEWMAN, ESQ.<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON STREET<br>SYRACUSE, NY 13202 |
| BARCLAY DAMON LLP<br>(COUNSEL TO RIVERCREST REALTY ASSOCIATES, LLC)<br>ATTN: SCOTT L. FLEISCHER, ESQ.<br>1270 AVENUE OF THE AMERICAS, SUITE 501<br>NEW YORK, NY 10020 | BGE<br>ATTN: LEGAL NOTICES<br>PO BOX 13070<br>PHILADELPHIA, PA 19101 |

| | |
|---|---|
| BINGMAN, HESS, COBLENTZ & BELL, P.C.<br>(COUNSEL TO MUHLENBERG TOWNSHIP AUTHORITY)<br>ATTN: THOMAS A. ROTHERMEL, ESQ.<br>TREEVIEW CORPORATE CENTER, SUITE 100<br>2 MERIDIAN BLVD<br>WYOMISSING, PA 19610 | BOTTLING GROUP LLC<br>ATTN: ASHLEY MYERS<br>75 REMITTANCE DR<br>CHICAGO, IL 60675 |
| BOYLAN CODE LLP<br>(COUNSEL TO LYELL ASSOCIATES, LLC)<br>ATTN: DEVIN LAWTON PALMER, ESQ.<br>145 CULVER ROAD, SUITE 100<br>ROCHESTER, NY 14620 | CHAMBERLAIN HRDLICKA<br>(COUNSEL TO DELJIZ, INC., RECO, LLC )<br>ATTN: JARROD B. MARTIN<br>1200 SMITH ST, STE 1400<br>HOUSTON, TX 77002 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>(COUNSEL TO THE WENDY'S COMPANY, ET AL.)<br>ATTN SEAN A O'NEAL & SHANNON DAUGHERTY<br>ONE LIBERTY PLAZA, 1 LIBERTY ST.<br>NEW YORK, NY 10006 | COLE SCHOTZ P.C.<br>(COUNSEL TO 2033 CHAMBERSBURG, LLC)<br>ATTN MICHAEL D. WARNER, ESQ,<br>BENJAMIN L. WALLEN, ESQ.<br>301 COMMERCE ST, STE 1700<br>FORT WORTH, TX 76102 |
| COMMONWEALTH OF PENNSYLVANIA DEPT<br>OF LABOR & INDUSTRY COLLECTIONS SUPPORT UNIT<br>ATTN DEB SECREST<br>651 BOAS ST, RM 925<br>HARRISBURG, PA 17121 | DLA PIPER LLP (US)<br>(COUNSEL TO CR PELICAN PRESERVE, LLC, CR<br>MANGO, LLC, AND CR MONTEVALLO, LLC)<br>ATTN ANDREW B. ZOLLINGER<br>1900 N. PEARL ST, STE 2200<br>DALLAS, TX 75201 |
| DLA PIPER LLP (US)<br>(COUNSEL TO CR PELICAN PRESERVE, LLC, CR<br>MANGO, LLC, AND CR MONTEVALLO, LLC)<br>ATTN RICHARD M. KREMEN, VIRGINIA R. CALLAHAN<br>6225 SMITH AVE<br>BALTIMORE, MD 21209 | DOMINION VIRGINIA POWER<br>ATTN: THOMAS F. FARRELL, II<br>PO BOX 26543<br>RICHMOND, VA 23290 |

| | |
|---|---|
| DUKE ENERGY<br>ATTN: LYNN GOOD<br>526 SOUTH CHURCH ST.<br>CHARLOTTE, NC 28202 | DUKE ENERGY<br>ATTN: LYNN GOOD<br>PO BOX 70516<br>CHARLOTTE, NC 28272 |
| DUKE ENERGY PROGRESS<br>ATTN: LYNN GOOD<br>PO BOX 1003<br>CHARLOTTE, NC 28201 | ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>(COUNSEL TO STRAUSS PROPERTIES, LLC)<br>ATTN: CHRISTOPHER L. PERKINS, ESQ.<br>919 E MAIN ST, STE 1300<br>RICHMOND, VA 23219 |
| EICHENBAUM LILES P.A.<br>(COUNSEL TO METROPOLITAN REALTY & DEVELOPMENT, LLC.)<br>ATTN BEN HONAKER<br>124 W. CAPITOL, STE 1900<br>LITTLE ROCK, AR 72201 | EPIQ CORPORATE RESTRUTURING, LLC |
| EVERGY<br>ATTN: MARK A. RUELLE<br>PO BOX 219330<br>KANSAS CITY, MO 64121 | EVERGY<br>ATTN: MARK A. RUELLE<br>ONE KANSAS CITY PLACE<br>1200 MAIN ST.<br>KANSAS CITY, MO 64105 |
| FITZPATRICK LENTZ & BUBBA, P.C.<br>(COUNSEL TO PPL ELECTRIC UTILITIES CORP)<br>ATTN DOUGLAS J. SMILLIE<br>TWO CITY CENTER<br>645 W. HAMILTON ST, STE 800<br>ALLENTOWN, PA 18107-2197 | GEORGIA AIR AND REFRIGERATION INC<br>ATTN: LEGAL NOTICES<br>50 GRAYSON INDUSTRIAL PARKWAY<br>GRAYSON, GA 30017 |

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>(COUNSEL TO AD HOC PRIORITY AND<br>FIRST LIEN LENDER GROUP)<br>ATTN SCOTT J. GREENBERG<br>200 PARK AVE<br>NEW YORK, NY 10166-0193 | GIBSON, DUNN & CRUTCHER LLP<br>(COUNSEL TO AD HOC PRIORITY AND<br>FIRST LIEN LENDER GROUP)<br>ATTN MICHAEL J COHEN<br>200 PARK AVE<br>NEW YORK, NY 10166-0193 |
| GIBSON, DUNN & CRUTCHER LLP<br>(COUNSEL TO AD HOC PRIORITY AND<br>FIRST LIEN LENDER GROUP)<br>ATTN ALAN MOSKOWITZ<br>200 PARK AVE<br>NEW YORK, NY 10166-0193 | GIBSON, DUNN & CRUTCHER LLP<br>(COUNSEL TO AD HOC PRIORITY AND<br>FIRST LIEN LENDER GROUP)<br>ATTN CHRISTINA M BROWN<br>200 PARK AVE<br>NEW YORK, NY 10166-0193 |
| GIBSON, DUNN & CRUTCHER LLP<br>(COUNSEL TO AD HOC PRIORITY AND<br>FIRST LIEN LENDER GROUP)<br>ATTN STEVE E SLETTEN<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES, CA 90071-3197 | GOULSTON & STORRS PC<br>(COUNSEL TO  SVCN 1 LLC & SVCN 2 LLC)<br>ATTN VANESSA P MOODY & DOUGLAS B. ROSNER<br>400 ATLANTIC AVENUE<br>BOSTON, MA 02110-3333 |
| HIRSCHLER FLEISCHER<br>(COUNSEL TO CEDAR ROAD FF, LLC)<br>ATTN LAWRENCE A. KATZ<br>8270 GREENSBORO DR, STE 700<br>TYSONS CORNER, VA 22102 | HOFFMAN & SAWERIS, P.C.<br>(COUNSEL TO DUN RITE, INC., NASHWAY, LLC)<br>ATTN MATTHEW HOFFMAN & ALAN BRIAN SAWERIS<br>2777 ALLEN PARKWAY, STE 1000<br>HOUSTON, TX 77019 |
| HOWLEY LAW PLLC<br>(COUNSEL TO THE WENDY'S COMPANY, ET AL.)<br>ATTN TOM A HOWLEY & ERIC TERRY<br>PENNZOIL PLACE - SOUTH TOWER<br>711 LOUISIANA ST., SUITE 1850<br>HOUSTON, TX 77002 | HUNTON ANDREWS KURTH LLP<br>(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB)<br>ATTN TIMOTHY A. ("TAD") DAVIDSON II &<br>ASHLEY L. HARPER<br>600 TRAVIS ST, STE 4200<br>HOUSTON, TX 77002 |

| | |
|---|---|
| HUSCH BLACKWELL LLP<br>(COUNSEL TO M&S REAL ESTATE CO., LLC)<br>ATTN LYNN HAMILTON BUTLER<br>111 CONGRESS AVE, STE 1400<br>AUSTIN, TX 78701 | I.P.H.F.H.A. INC.<br>ATTN: KATHY ALFORD<br>7829 E ROCKHILL ST<br>WICHITA, KS 67206 |
| INTERNAL REVENUE SERVICES<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICES<br>DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20220 |
| INTERNAL REVENUE SERVICES<br>LOCAL OFFICE<br>1100 COMMERCE STREET<br>ROOM 121<br>DALLAS, TX 75242 | JACKSON WALKER LLP<br>(COUNSEL TO AD HOC PRIORITY AND<br>FIRST LIEN LENDER GROUP)<br>ATTN: BRUCE J. RUZINSKY<br>1401 MCKINNEY ST, STE 1900<br>HOUSTON, TX 77010 |
| JESSICA PADGETT<br>C/O BRETT T. BURMEISTER<br>14701 E. 42ND ST.<br>INDEPENDENCE, MO 64055 | JOANNE HENSHAW<br>C/O JAMES J. AMATO, ESQ<br>NO. 1 MAHANTONGO ST.<br>POTTSVILEE, PA 17901 |
| JOHNSONDIVERSEY INC<br>ATTN: MICHAEL MACEDO<br>450 FERGUSON DR<br>MOUNTAIN VIEW, CA 94043 | JONES WALKER LLP<br>(COUNSEL TO O.B. COMMONS, LLC)<br>ATTN: JOSEPH E. BAIN & GABRIELLE A. RAMIRES<br>811 MAIN ST, STE 2900<br>HOUSTON, TX 77002 |

KELLER LENKNER LLC
(COUNSEL TO PLAINTIFFS KRISTEN MARSHALL, ET AL.)
ATTN SETH MEYER
150 NORTH RIVERSIDE PLAZA, SUITE 4270
CHICAGO, IL 60606

KELLEY DRYE & WARREN LLP
(PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
ATTN: E.R.WILSON, J.R.ADAMS, M.J.MCLAUGHLIN,
S.T.WILSON & K.KATSIONIS, ESQS.
101 PARK AVE
NEW YORK, NY 10178

KELLY, MORGAN, DENNIS, CORZINE & HANSEN, PC
(COUNSEL TO LEGENDARY SKY, LTD.)
ATTN: MICHAEL G. KELLY
PO BOX 1311
ODESSA, TX 79760-1311

KURTZMAN STEADY, LLC
(COUNSEL TO UNION BOILER WORKS, INC.)
ATTN: JEFFREY KURTZMAN, ESQ.
401 S. 2ND ST, STE 200
PHILADELPHIA, PA 19147

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO SMITH, TARRANT, DALLAS COUNTIES AND IRVING ISD)
ATTN LISA LARGE COCKRELL
2777 N. STEMMONS FREEWAY, STE 1000
DALLAS, TX 75207

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO COUNTIES OF JASPER, ORANGE, HARRIS, ANGELINA, MONTGOMERY, HOUSTON CAD, JEFFERSON, SILSBEE ISD)
ATTN TARA L. GRUNDEMEIER
PO BOX 3064
HOUSTON, TX 77253-3064

LIQUID ENVIRONMENTAL SOLUTIONS
ATTN: LEGAL NOTICES
7651 ESTERS BOULEVARD SUITE 200
IRVING, TX 75063

LIQUID ENVIRONMENTAL SOLUTIONS
ATTN: LEGAL NOTICES
PO BOX 733372
DALLAS, TX 75373

MANIER & HEROD, P.C.
(COUNSEL TO ARCH INSURANCE COMPANY)
ATTN MICHAEL E COLLINS
1201 DEMONBREUN ST., SUITE 900
NASHVILLE, TN 37219

MBH ENTERPRISES LLC
ATTN: BRANDY CHORMANN
12220 CHATTANOGGA PLAZA #289
MIDLOTHIAN, VA 23112

| | |
|---|---|
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>(COUNSEL TO HARDIN COUNTY AND<br>JASPER COUNTY, TEXAS)<br>ATTN TARA LEDAY<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | MCDERMOTT WILL & EMERY LLP<br>(COUNSEL TO PIZZA HUT, LLC)<br>ATTN CHARLES R GIBBS, ERIC SEITZ & JANE A GERBER<br>2501 N. HARWOOD ST, STE 1900<br>DALLAS, TX 72501-1644 |
| MCDERMOTT WILL & EMERY LLP<br>(COUNSEL TO PIZZA HUT, LLC)<br>ATTN NATHAN F COCO<br>TWO ALLEN CTR, 1200 SMITH ST, STE 1600<br>HOUSTON, TX 77002-4403 | MCLANE<br>ATTN: KIMBERLY MROZINSKI<br>2085 MIDWAY RD<br>CARROLLTON, TX 75006 |
| MEYERS, RODBELL & ROSENBAUM, P.A.<br>(COUNSEL TO CALVERT COUNTY, MARYLAND)<br>ATTN NICOLE C. KENWORTHY<br>6801 KENILWORTH AVE, STE 400<br>RIVERDALE, MD 20737-1385 | MILBANK LLP<br>COUNSEL TO THE SECOND LIEN AD HOC GROUP<br>ATTN: MATTHEW BROD<br>55 HUDSON YARDS<br>NEW YORK, NY 10001 |
| MILLER, GRIFIN, MARKS, P.S.C.<br>(COUNSEL TO RICHMOND RD VLG. SHOPPES, LLC)<br>ATTN DONALD R. ROSE<br>271 W. SHORT ST, STE 6000<br>LEXINGTON, KY 40507 | MILLS HALSTEAD & ZALOUDEK, LLC<br>(COUNSEL TO HAMPDEN TC PROPERTIES, LLC)<br>ATTN: AMANDA H. HALSTEAD<br>600 17TH ST, STE 2800S<br>DENVER, CO 80202 |
| MORGAN & MORGAN PA<br>(COUNSEL TO PLAINTIFFS KRISTIN MARSHALL, ET AL.)<br>ATTN PAUL BOTROS, ESQ.<br>16255 PARK TEN PL., STE 500<br>HOUSTON, TX 77084 | MORGAN & MORGAN PA<br>(COUNSEL TO PLAINTIFFS KRISTIN MARSHALL, ET AL.)<br>ATTN PAUL BOTROS, ESQ<br>8151 PETERS RD, STE 400<br>PLANTATION, FL 33324 |

| | |
|---|---|
| MOSES & SINGER LLP<br>CNSL TO THE PREPETITION COLLAT. AGENTS<br>ATTN: ANDREW OLIVER<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174 | NPC INTERNATIONAL, INC.<br>ATTN: ERIC KOZA, CHIEF RESTRUCTURING OFFICER<br>4200 W. 115TH STREET, SUITE 200<br>LEAWOOD, KS 66211 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>BANKRUPTCY & COLLECTIONS DIVISION<br>(COUNSEL TO TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>UNCLAIMED PROPERTY DIVISION; AND STATE OF TEXAS)<br>ATTN JASON B BINFORD; LAYLA D MILLIGAN, ASST AGS<br>PO BOX 12548 - MC 008<br>AUSTIN, TX 78711-2548 | OFFICE OF THE UNITED STATES TRUSTEE<br>515 RUSK STREET, SUITE 3516<br>HOUSTON, TX 77002 |
| OFFIT KURMAN, P.A.<br>(COUNSEL TO BROADLANDS VILLAGE LLC, ET AL.)<br>ATTN STEPHEN A METZ, ESQ<br>4800 MONTGOMERY LANE, 9TH FL<br>BETHESDA, MD 20814 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>(COUNSEL TO KKR LOAN ADMINISTRATION SERVICES LLC)<br>ATTN BRIAN S. HERMANN, AUSTIN WITT & TERESA LII<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>(COUNSEL TO HOUSTON COUNTY AND TYLER INDEPENDENT SCHOOL DISTRICT )<br>ATTN TAB BEALL<br>305 S BROADWAY AVE, STE 200<br>TYLER, TX 75702 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>(COUNSEL TO CITY OF JASPER)<br>ATTN: MELISSA E. VALDEZ<br>1235 NORTH LOOP WEST, STE 600<br>HOUSTON, TX 77008 |
| PH DIGICO LLC<br>ATTN: DEBBIE JONAS<br>7829 E ROCKHILL SUITE 201<br>WICHITA, KS 67206 | PIZZA HUT INC<br>ATTN: KRISTIN MAYS<br>7100 CORPORATE DR.<br>PLANO, TX 75024 |

PIZZA HUT OF AMERICA INC
ATTN: JAY ALEXANDER
679 WILSON DOWNING RD
LEXINGTON, KY 40517

PIZZA HUT OF AMERICA INC
ATTN: JAY ALEXANDER
PO BOX 955641
SAINT LOUIS, MO 63195

PORTER HEDGES LLP
(COUNSEL TO KKR LOAN ADMINISTRATION SERVICES LLC)
ATTN JOHN F. HIGGINS, M.SHANE JOHNSON &
MEGAN N. YOUNG-JOHN
1000 MAIN ST. 36TH FL
HOUSTON, TX 77002

PRYOR CASHMAN LLP
(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB)
ATTN SETH H LIBERMAN, PATRICK SIBLEY &
ANDREW RICHMOND
7 TIMES SQUARE
NEW YORK, NY 10036

PUBLIX SUPER MARKET INC
ATTN: ALLISON DAVIS
3300 PUBLIX CORPORATE PKWY
LAKELAND, FL 33811

PUBLIX SUPER MARKET INC
ATTN: ALLISON DAVIS
PO BOX 32010
LAKELAND, FL 33802

R&W PIZZA HUT'S OF NC
ATTN: RUSTY GOODE
PO BOX 12100
DES MOINES, IA 50312

RESTAURANT SUPPLY CHAIN SOLUTIONS
ATTN: RICK MILES
950 BRECKENRIDGE LN. SUITE 300
LOUISVILLE, KY 40207

RESTAURANT SUPPLY CHAIN SOLUTIONS
ATTN: RICK MILES
PO BOX 638655
CINCINNATI, OH 45263

ROSENTHAL LAW FIRM, P.L.L.C.
(COUNSEL TO ALLEN INDUSTRIES, INC.)
ATTN TRENT L. ROSENTHAL
675 BERING DR, STE 150
HOUSTON, TX 77057

| | |
|---|---|
| S&D LAW<br>(COUNSEL TO WILSON MONTGOMERY VILLAGE PLAZA, LLC & ADLP-U&A, LLC)<br>ATTN MICHAEL L. SCHLEPP<br>1290 BROADWAY, STE 1650<br>DENVER, CO 80203 | SAGAL, FILBERT, QUASNEY & BETTEN, P.A.<br>(COUNSEL TO SILVER BELL ASSOCIATES, LLP)<br>ATTN ALAN BETTEN ESQ. KIMBERLY MANUELIDES ESQ.<br>600 WASHINGTON AVE, STE 300<br>TOWSON, MD 21204 |
| SAUL EWING ARNSTEIN & LEHR LLP<br>(COUNSEL TO SAVOY STATION LLC, WESTIN STATION LLC, MOUNTAIN PARK STATION LLC, PLAZA OF THE OAKS STATION LLC, POWELL VILLA STATION LLC)<br>ATTN MONIQUE B. DISABATINO, ESQ.<br>1201 N. MARKET ST, STE 2300<br>PO BOX 1266<br>WILMINGTON, DE 19899 | SINGER & LEVICK, P.C.<br>(COUNSEL TO KIMCO REALTY CORPORATION)<br>ATTN MICHELLE E. SHRIRO, ESQ.<br>16200 ADDISON RD, STE 140<br>ADDISON, TX 75001 |
| SIROTE & PERMUTT, P.C.<br>(COUNSEL TO HELENA PROPERTIES, LLC)<br>ATTN: STEPHEN B. PORTERFIELD<br>2311 HIGHLAND AVE SO<br>PO BOX 55727<br>BIRMINGHAM, AL 35255-5727 | STAPLES BUSINESS ADVANTAGE<br>ATTN: LEGAL NOTICES<br>PO BOX 660409<br>DALLAS, TX 75266 |
| STARK & STARK, P.C.<br>(COUNSEL TO HP WAUGHTOWN LLC & DP WAUGHTOWN LLC)<br>ATTN JOSEPH H. LEMKIN, ESQ.<br>PO BOX 5315<br>PRINCETON, NJ 08543 | STEVENS & LEE, P.C<br>(COUNSEL TO PLAINTIFFS KRISTIN MARSHALL, ET AL.)<br>ATTN NICHOLAS F. KAJON & CONSTANTINE D.POURAKIS<br>485 MADISON AVENUE, 20TH FLOOR<br>NEW YORK, NY 10022 |
| STEWART SOKOL & LARKIN LLC<br>(COUNSEL TO SPRINGBROOK PLAZA, LLC)<br>ATTN LAWRENCE A. WAGNER<br>2300 SW FIST AVE, STE 200<br>PORTLAND, OR 97201+5047 | SYGMA MISSOURI<br>ATTN: LAQUADA JOHNSON<br>5550 BLAZER PKWY. SUITE 300<br>DUBLIN, OH 43017 |

| | |
|---|---|
| SYGMA MISSOURI<br>ATTN: LAQUADA JOHNSON<br>PO BOX 28523<br>COLUMBUS, OH 43228 | SYSCO USA I INC<br>ATTN: LESLEE DONIO<br>PO BOX 27633<br>SALT LAKE CITY, UT 84127 |
| THE WENDYS COMPANY<br>ATTN: ERICA NEAL<br>1 DAVE THOMAS BLVD.<br>DUBLIN, OH 43017 | THOMPSON BURTON PLLC<br>(COUNSEL TO WHLR-BRYAN STATION LLC & WHLR-LUMBER RIVER VILLAGE, LLC)<br>ATTN JUSTIN T. CAMPBELL<br>1801 W. END, STE 1550<br>NASHVILLE, TN 37203 |
| TIFFANY SMITH<br>C/O MARK ROSENBERG, ESQ.<br>554 LOMAX ST<br>JACKSONVILLE, FL 32204 | TORNIG REALTY LLC<br>ATTN: MOSES KAZANJIAN<br>720 EAST PALISADE AVENUE SUITE 103<br>ENGLEWOOD CLIFFS, NJ 07632 |
| U.S. ATTORNEY'S OFFICE<br>SOUTHERN DISTRICT OF TEXAS<br>ATTN RYAN PATRICK<br>1000 LOUISIANA, STE. 2300<br>HOUSTON, TX 77002 | VALENTI MID ATLANTIC REALTY II<br>ATTN: STEVE NESBITT<br>PO BOX 8618<br>LANCASTER, PA 17604 |
| WASHINGTON GLOBAL LAW GROUP, PLLC<br>(COUNSEL TO 1470 OLD BRIDGE, LLC)<br>ATTN: KERMIT A. ROSENBERG, ESQ.<br>1701 PENNSYLVANIA AVE, NW, STE 200<br>WASHINGTON, DC 20006 | WEIL, GOTSHAL & MANAGES LLP<br>(COUNSEL TO THE DEBTORS)<br>ATTN: RAY C. SCHROCK, P.C., KEVIN BOSTEL, ESQ. & NATASHA HWANGPO, ESQ.<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 |

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>(COUNSEL TO THE DEBTORS)<br>ATTN: ALFREDO R. PEREZ, ESQ.<br>700 LOUISIANA STREET, SUITE 1700<br>HOUSTON, TX 77002 | WELLS & CUELLAR, P.C.<br>(COUNSEL TO ANN GALLUZZO)<br>ATTN: JAMES E. CUELLAR<br>440 LOUISIANA, STE 718<br>HOUSTON, TX 77002 |
| WHGRE LLC<br>ATTN: NIKKI MARION<br>3211 SHANNON RD SUITE 225<br>DURHAM, NC 27707 | WILES & WILES, LLP<br>(COUNSEL TO BRANCH MILLPOND ASSC, LLC & SSP BLUE RIDGE, LLC)<br>ATTN: VICTOR W. NEWMARK, ESQ.<br>800 KENNESAW AVE, STE 400<br>MARIETTA, GA 30060-7946 |
| WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>(COUNSEL TO ELDRIDGE NPC HOLDINGS LLC, WPH HOLDINGS II PARENT, LLC)<br>ATTN PHILIP D. ANKER, SALVATORE M. DANIELE<br>250 GREEMWICH ST<br>NEW YORK, NY 10007 | |