

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
12/16/2020

| | | |
|---|---|---|
| In re | § | **Chapter 11** |
| | § | |
| **NPC INTERNATIONAL, INC.,** | § | **Case No. 20–33353 (DRJ)** |
| *et al.*, | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | **Re: Docket No. 1115** |
| | § | |

**ORDER APPROVING THE REJECTION OF**
**UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**
**AND ABANDONMENT OF PROPERTY IN CONNECTION THEREWITH**

Pursuant to and in accordance with the *Order Authorizing Debtors to (I) Establish Procedures for Rejection of Unexpired Leases of Nonresidential Real Property and Abandon Property in Connection Therewith and (II) Granting Related Relief* (Docket No. 820) (the "**Rejection Procedures Order**");[2] and the Debtors having properly filed with this Court and served on the Rejection Notice Parties a notice (the "**Rejection Notice**") of their intent to reject the unexpired nonresidential real property leases and/or subleases identified on **Exhibit 1** hereto (the "**Leases**") and to abandon any *de minimis* property remaining at the leased premises on the Rejection Date of the applicable Leases that the Debtors determine is too difficult to remove or expensive to store, such that the economic benefits of removing or storing such remaining property would by outweighed by the attendant costs (such assets, the "**De Minimis Assets**") in accordance with the terms of the Rejection Procedures Order; and such notice having been adequate and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are NPC International, Inc. (7298); NPC Restaurant Holdings I LLC (0595); NPC Restaurant Holdings II LLC (0595); NPC Holdings, Inc. (6451); NPC International Holdings, LLC; (8234); NPC Restaurant Holdings, LLC (9045); NPC Operating Company B, Inc. (6498); and NPC Quality Burgers, Inc. (6457). The Debtors' corporate headquarters and service address is 4200 W. 115th Street, Suite 200, Leawood, KS 66211.

[2] Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to such terms in the Rejection Procedures Order.

appropriate under the circumstances; and it appearing that no other or further notice need be provided; and no timely objections having been filed to the Rejection Notice; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates, their creditors, and all parties in interest, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Leases are hereby rejected as set forth herein, effective as of the date set forth for each Lease on **Exhibit 1** annexed hereto reflecting the later of: (i) service of the Rejection Notice; (ii) the Debtors' unequivocal surrender of the leased premises via the delivery of the keys, key codes, and alarm codes to the premises, each as applicable, to the applicable Landlord, or in the absence of delivering such keys and codes, providing written notice to the Landlord that the Landlord may enter and re-let the premises; and (iii) such other date as determined by the Court (the "**Rejection Date**").

2.      The De Minimis Assets remaining at the leased premises as of the applicable Rejection Date shall be deemed abandoned upon the Rejection Date without further notice or order of the Court, free and clear of all liens, claims, interests, or other encumbrances.

3.      With respect to any De Minimis Assets abandoned at one of the Debtors' leased properties, the applicable Landlord or other designee shall be free, after the Rejection Date, notwithstanding the automatic stay, to dispose of such De Minimis Assets without liability to any party and without further notice or order of the Court; and the applicable Landlord's rights, if any, to file a claim for the costs of disposal of such property are fully reserved, as are the rights of any party in interest to object to any such claims.

4.       Nothing in this Order authorizes the Debtors to lease, sell, or otherwise transfer the personal identifying information (which means information which alone or in conjunction with other information identifies an individual, including but not limited to an individual's first name (or initial) and last name, physical address, electronic address, telephone number, social security number, date of birth, government-issued identification number, account number and credit or debit card number) ("**PII**") of any customers unless such sale or transfer or lease is permitted by the Debtors' privacy policy and state or federal privacy and/or identity theft prevention laws and rule.  The Debtors shall remove or cause to be removed any confidential and/or PII in any of the Debtors hardware, software, computers or cash registers or similar equipment which are to be sold, donated, transferred, abandoned or otherwise disposed of so as to render the PII unreadable or undecipherable.  Should any third party, including a Landlord or other party, be charged with removing PII located in or on any of the Debtors abandoned assets, written verification shall be provided to the Debtors that no customer PII has been removed, copied, or transferred by any party, and that any records containing PII were shredded, erased, or otherwise modified to render the PII unreadable or undecipherable.

5.       If any Landlord asserts a claim against the Debtors arising from the rejection of its Lease, the Landlord shall submit a proof of claim by the later of: (i) the deadline to file general unsecured proofs of claim against the Debtors (the "**Bar Date**") fixed by the Court, and (ii) thirty (30) days after the entry of this Order.  If a Landlord does not timely file a proof of claim for its rejection damages in accordance with the terms of this Order, the Landlord shall forever be barred from asserting a claim arising from the rejection of their Lease, absent further order of this Court to the contrary.

6.       Nothing herein shall prejudice the Debtors' rights to argue that any of the Leases were terminated prior to the Petition Date, or that any claim for damages arising from the rejection of the Leases is limited to the remedies available under any applicable termination provision of such lease, sublease, or contract, as applicable, or that any such claim is an obligation of a third party, and not that of the Debtors or their estates.

7.       Nothing contained in the Motion or this Order, nor any payment made pursuant to the authority granted by this Order, is intended to be or shall be construed as: (i) an admission as to the validity of any claim against the Debtors, (ii) a waiver or limitation of the Debtors' or any party in interest's rights to dispute the amount of, basis for, or validity of any claim, (iii) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable nonbankruptcy law, (iv) an agreement or obligation to pay any claims, (v) a waiver of any claims or causes of action which may exist against any creditor or interest holder, or (vi) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy under section 365 of the Bankruptcy Code.

8.       Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by, any party.

9.       Notwithstanding Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

10.       The Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

11.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**Signed:  December 16, 2020.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

## Exhibit 1

**Lease Rejection Schedule**

| No. | Store # | Debtor Party | Location Address | Tye of Lease (Lease or Sublease) | Landlord or Counterparty Name | Description of Abandoned De Minimis Assets | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | 1010 | NPC International, Inc. | 2057 E Madison Ave , Bastrop, LA 71220 | Lease | Carol Gross | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 2 | 1051 | NPC International, Inc. | 873 Dennison Ave SW Ste 121, Birmingham, AL 35211 | Lease | Heritage Towne Center LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 3 | 1090 | NPC International, Inc. | 1315 Forestdale Blvd , Birmingham, AL 35214 | Lease | Donovan E. Parker | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 4 | 1101 | NPC International, Inc. | 3748 Lorna Rd , Birmingham, AL 35216-6206 | Lease | Realty Income Corporation | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 5 | 1104 | NPC International, Inc. | 596 Fieldstown Rd , Gardendale, AL 35071-1006 | Lease | Realty Income Corporation | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 6 | 1107 | NPC International, Inc. | 1263 Greenmor Dr , Bessemer, AL 35022 | Lease | Realty Income Corporation | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 7 | 1115 | NPC International, Inc. | 1211 7th St S , Clanton, AL 35045 | Lease | Realty Income Corporation | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 8 | 1390 | NPC International, Inc. | 2516 Cantrell Rd , Little Rock, AR 72202 | Lease | Kappa Realty LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 9 | 1392 | NPC International, Inc. | 3701 Warden Rd , North Little Rock, AR 72116-8578 | Lease | Metropolitan Realty & Develop | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 10 | 1589 | NPC International, Inc. | 7904 Desiard St , Monroe, LA 71203 | Lease | Desiard Plaza Ltd | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 11 | 1620 | NPC International, Inc. | 941 W S  Blvd , Montgomery, AL 36105-3020 | Lease | Realty Income Corporation | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 12 | 1650 | NPC International, Inc. | 2201 7th Ave North , Pell City, AL 35125-1362 | Lease | Gladys Wilkins Family Trust | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 13 | 1658 | NPC International, Inc. | 3230 Irvin Cobb Dr , Paducah, KY 42003 | Lease | THF Paducah Development L.P. | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 14 | 1662 | NPC International, Inc. | 176 Shelby Speights Dr Ste 1, Purvis, MS 39475 | Lease | Dearcom Holdings LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 15 | 1670 | NPC International, Inc. | 1103 N Trenton St , Ruston, LA 71270-3331 | Lease | Realty Income Corporation | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 16 | 1671 | NPC International, Inc. | 1014 Sterlington Hwy , Farmerville, LA 71241 | Lease | Daniel G Kamin Farmerville | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 17 | 1770 | NPC International, Inc. | 702 Skyland Blvd , Tuscaloosa, AL 35405-4039 | Lease | Wright/Hurd Properties LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 18 | 1780 | NPC International, Inc. | 515 15th St , Tuscaloosa, AL 35401-4707 | Lease | Gwc Properties Ltd | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 19 | 1790 | NPC International, Inc. | 6343 Interstate Dr , Cottondale, AL 35453 | Lease | Terrance M Bouey | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 20 | 1800 | NPC International, Inc. | 2500 Mcfarland Blvd , North Port, AL 35476 | Lease | Orange Grove Utilities Inc. | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 21 | 1808 | NPC International, Inc. | 236 1st St NW , Vernon, AL 35592 | Lease | Spearman & Associates Inc | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 22 | 2081 | NPC International, Inc. | 28765 US Hwy 98 , Daphne, AL 36526 | Lease | Albert J. Darring Irrevocable | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 23 | 2082 | NPC International, Inc. | 241 S Greeno Rd , Fairhope, AL 36532 | Lease | Fairhope Investment Properties | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 24 | 2084 | NPC International, Inc. | 600 Gulf Shores Pkwy , Gulf Shores, AL 36542 | Lease | Kamco Triple Net L.L.C. | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 25 | 2099 | NPC International, Inc. | 4273 Main St , Lucedale, MS 39452 | Lease | Jon Shaughnessy | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 26 | 2101 | NPC International, Inc. | 306 Hwy 6 E , Batesville, MS 38606 | Lease | Robert C Isenberg | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 27 | 2104 | NPC International, Inc. | 620 S State St , Clarksdale, MS 38614 | Lease | Clarksdale Center - Village Properties, Inc | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 28 | 2131 | NPC International, Inc. | 211 Hwy 12 West , Starkville, MS 39759-3763 | Lease | Realty Income Corporation | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 29 | 2141 | NPC International, Inc. | 1350 Pkwy Dr #44 , Blackfoot, ID 83221 | Lease | PHI LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 30 | 2156 | NPC International, Inc. | 398 S Eagle Rd , Eagle, ID 83616 | Lease | W&H LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 31 | 2264 | NPC International, Inc. | 3010 Tamiami Trl E , Naples, FL 34112 | Lease | Tamiami Investments LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 32 | 2269 | NPC International, Inc. | 15215 Collier Blvd Ste 305, Naples, FL 34119 | Lease | Welsh Companies FL Inc | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 33 | 2444 | NPC International, Inc. | 107 Garden Oaks Dr SW , Camden, AR 71701 | Lease | Camden Center Inc. | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 34 | 2449 | NPC International, Inc. | 1500 N Ctr St , Lonoke, AR 72086 | Lease | Matrix Development LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 35 | 2457 | NPC International, Inc. | 602 W Market St , Bolivar, TN 38008 | Lease | Kamboj Investment LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 36 | 2458 | NPC International, Inc. | 2519 Anderson Ave , Brownsville, TN 38012 | Lease | Realty Income Corporation | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 37 | 2466 | NPC International, Inc. | 704 N Sebastian , West Helena, AR 72390 | Lease | PH West Helena LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 38 | 2468 | NPC International, Inc. | 3021 Eastend Dr , Humboldt, TN 38343-1909 | Lease | Blackrock Holdings | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 39 | 2488 | NPC International, Inc. | 537 US Hwy 80 W , Demopolis, AL 36732 | Lease | Realty Income Corporation | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 40 | 2491 | NPC International, Inc. | 1604 Main St , Crossett, AR 71635 | Lease | F L & B Corporation | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 41 | 2569 | NPC International, Inc. | 1815 S Main St , Laurinburg, NC 28352 | Lease | R&W Pizza Hut's of NC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 42 | 2575 | NPC International, Inc. | 1300 E BRd Ave , Rockingham, NC 28379 | Lease | Tri-City Inc | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 43 | 2577 | NPC International, Inc. | 5054 Main St , Shallotte, NC 28470 | Lease | R&W Pizza Hut's of NC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 44 | 2578 | NPC International, Inc. | 4960 Long Beach Rd SE , Southport, NC 28461 | Lease | R&W Pizza Hut's of NC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 45 | 2579 | NPC International, Inc. | 1101 N Bragg Blvd , Spring Lake, NC 28390 | Lease | R&W Pizza Hut's of NC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 46 | 2600 | NPC International, Inc. | 1404 S Walton Blvd , Bentonville, AR 72712 | Lease | Realty Income Corporation | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 47 | 2610 | NPC International, Inc. | 1314 E Walnut St , Paris, AR 72855-4128 | Lease | Sue Sprick / Rex Pruner | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 48 | 2743 | NPC International, Inc. | 1045 W Lincoln Ave , Fergus Falls, MN 56537-1041 | Lease | Sherwin Carlson & Helen M. | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 49 | 2817 | NPC International, Inc. | 3611 Kirkwood Hwy , Wilmington, DE 19808 | Lease | Fusco Enterprises LP | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 50 | 2821 | NPC International, Inc. | 735 W BRdway , Centralia, IL 62801 | Lease | Realty Income Illinois Propert | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 51 | 2832 | NPC International, Inc. | 804 N Main St , High Point, NC 27262 | Lease | Sbw Capital Partners LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 52 | 2838 | NPC International, Inc. | 129 Lowes Blvd , Lexington, NC 27292 | Lease | Georgia Noble | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 53 | 2841 | NPC International, Inc. | 2721 Peters Creek Pkwy , Winston Salem, NC 27127 | Lease | Realty Income Corporation | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 54 | 2845 | NPC International, Inc. | 3460 Robinhood Rd , Winston Salem, NC 27106 | Lease | Betty P Adams, Amanda Parish Caulder, Laura Ashley Parish, Susana Lee Dancy | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 55 | 2860 | NPC International, Inc. | 725 SW Oak St , Hillsboro, OR 97123 | Lease | Jamie B. Coulter | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 56 | 2871 | NPC International, Inc. | 7405 SW Barbur Blvd Ste 175, Portland, OR 97219 | Lease | Guardian Capital Management LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 57 | 2913 | NPC International, Inc. | 21300 SW Adams Ave Ste 108, Sherwood, OR 97140 | Lease | Aulukista LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 58 | 2925 | NPC International, Inc. | 14313 NE 20th Ave Ste A108, Vancouver, WA 98686 | Lease | Ten Talents Investments 12 LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 59 | 2930 | NPC International, Inc. | 639 Northgate Dr NW , Arab, AL 35016 | Lease | Farhoumand Marital Trust | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 60 | 2942 | NPC International, Inc. | 1936 Hwy 431 , Boaz, AL 35957 | Lease | Michael A Brummer | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 61 | 2964 | NPC International, Inc. | 185 S Main St , Versailles, KY 40383 | Lease | Jack Kain / SK Development LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 62 | 2970 | NPC International, Inc. | 3636 Boston Rd , Lexington, KY 40514-1545 | Lease | Branch Millpond Associates LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 63 | 2974 | NPC International, Inc. | 759 Hwy 15 S , Jackson, KY 41339 | Lease | Pepperoni LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 64 | 2976 | NPC International, Inc. | 1442 Combs Rd , Hazard, KY 41701 | Lease | Realty Income Corporation | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 65 | 4208 | NPC International, Inc. | 3173 Green Vly Rd , Birmingham, AL 35243-5239 | Lease | Crosshaven Venture | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 66 | 4265 | NPC International, Inc. | 10950 San Jose Blvd #12 , Jacksonville, FL 32223 | Lease | SJP Jax LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 67 | 4330 | NPC International, Inc. | 602 G Ave , Grundy Center, IA 50638-1550 | Lease | Wolter Properties LC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 68 | 4334 | NPC International, Inc. | 705 S Oak St , Iowa Falls, IA 50126-2342 | Lease | Douglas C. Hatlevig | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 69 | 4340 | NPC International, Inc. | 809 E Charles St , Oelwein, IA 50662-1949 | Lease | Realty Income Corporation | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 70 | 4354 | NPC International, Inc. | 8134 Douglas Ave , Urbandale, IA 50322 | Lease | Realty Income Corporation | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 71 | 4368 | NPC International, Inc. | 615 E Le Claire Rd , Eldridge, IA 52748 | Lease | Hh Eldridge LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 72 | 4530 | NPC International, Inc. | 800 London Blvd , Portsmouth, VA 23704 | Lease | Errc LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 73 | 4605 | NPC International, Inc. | 8343 Market St , Bradenton, FL 34202 | Lease | B & L Investments LWR LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 74 | 4614 | NPC International, Inc. | 1804 Main St , Dunedin, FL 34698 | Lease | Realty Income Corporation | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 75 | 4656 | NPC International, Inc. | 4011 E Busch Blvd , Tampa, FL 33617 | Lease | Realty Income Properties 13 | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 76 | 4673 | NPC International, Inc. | 395 US Hwy 41 Byp , Venice, FL 34285 | Lease | Realty Income Properties 13 | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 77 | 4674 | NPC International, Inc. | 1820 Tamiami Trl S , Venice, FL 34293 | Lease | Segovia Ventures LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 78 | 4681 | NPC International, Inc. | 1720 S Mccall Rd Ste A B, Englewood, FL 34223 | Lease | Tromble Management Company LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 79 | 4693 | NPC International, Inc. | 1845 8th St SE , Dyersville, IA 52040 | Lease | Hospitality Properties Trust | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 80 | 4694 | NPC International, Inc. | 1640 1st St W , Independence, IA 50644 | Lease | Hospitality Properties Trust | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 81 | 4695 | NPC International, Inc. | 1129 E Main St , Manchester, IA 52057 | Lease | Hospitality Properties Trust | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 82 | 4699 | NPC International, Inc. | 1005 Canal Shore Dr SW , Le Claire, IA 52753 | Lease | River Run Lot 3 LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 83 | 4762 | NPC International, Inc. | 241 S Main St , Alpharetta, GA 30004 | Lease | Mary Kartos | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 84 | 4769 | NPC International, Inc. | 6385 Roswell Rd NE Ste B, Atlanta, GA 30328 | Lease | Fatima Investments Inc | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 85 | 4800 | NPC International, Inc. | 4750 Alabama Rd NE Ste 110, Roswell, GA 30075 | Lease | Mountain Park Station LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 86 | 4807 | NPC International, Inc. | 4421 Hugh Howell Rd , Tucker, GA 30084 | Lease | Avatar Real Estate IV LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 87 | 4813 | NPC International, Inc. | 1100 Johnson Ferry Rd Ste 225, Marietta, GA 30068 | Lease | Woodlawn Point Shopping Center LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 88 | 4830 | NPC International, Inc. | 6445 W 120th Ave , Broomfield, CO 80020 | Lease | Realty Income Properties 13 | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 89 | 4831 | NPC International, Inc. | 1152 N Colorado Ave , Brush, CO 80723 | Lease | Realty Income Properties 13 | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 90 | 4840 | NPC International, Inc. | 6460 E Yale Ave #E 90, Denver, CO 80222 | Lease | Merrill Lynch Mtge Trust Comml | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 91 | 4861 | NPC International, Inc. | 7960 S BRdway , Littleton, CO 80122 | Lease | Realty Income Properties 13 | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 92 | 4862 | NPC International, Inc. | 2255 Main St , Longmont, CO 80501 | Lease | Horizon Park Partners LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 93 | 4872 | NPC International, Inc. | 3352 Youngfield St , Wheat Ridge, CO 80033 | Lease | US Retail Partners LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 94 | 4879 | NPC International, Inc. | 25531 E Smoky Hill Rd Ste C, Aurora, CO 80016 | Lease | Alvarado Developement LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 95 | 4905 | NPC International, Inc. | 312 W Bethalto Dr , Bethalto, IL 62010 | Lease | Realty Income Illinois Propert | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 96 | 4907 | NPC International, Inc. | 3510 Mckelvey Rd , Bridgeton, MO 63044 | Lease | Realty Income Properties 13 | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 97 | 4910 | NPC International, Inc. | 42 Clarkson Wilson Ctr , Chesterfield, MO 63017 | Lease | Clarkson Wilson Investors LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 98 | 4924 | NPC International, Inc. | 3030 Godfrey Rd , Godfrey, IL 62035 | Lease | Realty Income Illinois Propert / Core Monticello LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 99 | 4949 | NPC International, Inc. | 1205 E Edwardsville Rd , Wood River, IL 62095 | Lease | Realty Income Illinois Propert | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 100 | 4339 | NPC International, Inc. | 1337 1st Ave E , Newton, IA 50208 | Lease | Annette M Durritzague | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 101 | 4696 | NPC International, Inc. | 49 Cedar St , Tipton, IA 52772 | Lease | Hospitality Properties Trust | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 102 | 1106 | NPC International, Inc. | 4725 Hwy 280 East , Birmingham, AL 35243 | Lease | Andress Company Inc | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 103 | 1216 | NPC International, Inc. | 114-C N Applegate St , Winona, MS 38967 | Lease | BBL Properties | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 104 | 2459 | NPC International, Inc. | 829 Hwy 51 N , Covington, TN 38019 | Lease | Earlene Hunt | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 105 | 2465 | NPC International, Inc. | 1275 W Keiser Ave , Osceola, AR 72370 | Lease | Osclouden | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 106 | 2713 | NPC International, Inc. | 410 E Gibson St , Jasper, TX 75951-5113 | Lease | Mable Byerly Coker | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 107 | 2716 | NPC International, Inc. | 1720 Lutcher Dr , Orange, TX 77632-4400 | Lease | Tcp Northway LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 108 | 2720 | NPC International, Inc. | 720 Hwy 96 S , Silsbee, TX 77656-5512 | Lease | Torres Management LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 109 | 2730 | NPC International, Inc. | 818 W Morton Ave , Jacksonville, IL 62650 | Lease | Glen C. Long | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 110 | 2732 | NPC International, Inc. | 921 E Main St , Olney, IL 62450 | Lease | Glen C. Long | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 111 | 2753 | NPC International, Inc. | 1207 19th Ave N , Fargo, ND 58102-2202 | Lease | Big O LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 112 | 2768 | NPC International, Inc. | 102 S Ellsworth Rd , Box Elder, SD 57719-9591 | Lease | American Realty Capital Attn: Prop Mgmt | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 113 | 2824 | NPC International, Inc. | 104 Hagen Dr , Flora, IL 62839 | Lease | Flora Land Company | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 114 | 2826 | NPC International, Inc. | 722 E Crawford St , Paris, IL 61944 | Lease | Jamie B Coulter | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 115 | 2861 | NPC International, Inc. | 1425 NE Hwy 99w , Mcminnville, OR 97128 | Lease | Mtcor LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 116 | 2880 | NPC International, Inc. | 915 Tusculum Blvd , Greeneville, TN 37745 | Lease | National Retail Properties Inc | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 117 | 2881 | NPC International, Inc. | 223 E BRdway Blvd , Jefferson City, TN 37760 | Lease | Sun Properties LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 118 | 2909 | NPC International, Inc. | 1008 N Springbrook Rd , Newberg, OR 97132 | Lease | Springbrook Plaza LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 119 | 4372 | NPC International, Inc. | 3116 Dickerson Rd , Nashville, TN 37207 | Lease | Realty Income Corporation | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 120 | 4385 | NPC International, Inc. | 361 N Lowry St , Smyrna, TN 37167 | Lease | Fazilat Enterprises LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 121 | 4390 | NPC International, Inc. | 3560 N Mount Juliet Rd , Mount Juliet, TN 37122 | Lease | Lynn N Tramel | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 122 | 4691 | NPC International, Inc. | 320 E 20th St , Dubuque, IA 52001 | Lease | Riverdream Properties LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 123 | 4777 | NPC International, Inc. | 670 Atlanta Rd , Cumming, GA 30040 | Lease | Realty Income Properties 13 | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 124 | 4852 | NPC International, Inc. | 200 W S  Boulder Rd , Lafayette, CO 80026 | Lease | Realty Income Properties 13 | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 125 | 4878 | NPC International, Inc. | 9068 Forsstrom Dr Ste C-20, Lone Tree, CO 80124 | Lease | Strawberry Hill Inc | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 126 | 4915 | NPC International, Inc. | 2386 Troy Rd , Edwardsville, IL 62025 | Lease | Realty Income Illinois Property | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 127 | 4927 | NPC International, Inc. | 12571 State Route 143 , Highland, IL 62249 | Lease | Realty Income Illinois Property / Blue Land LLC | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 128 | 4928 | NPC International, Inc. | 602 S State St , Jerseyville, IL 62052 | Lease | Realty Income Illinois Property | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 129 | 4933 | NPC International, Inc. | 1519 S Main St , Red Bud, IL 62278 | Lease | Realty Income Illinois Property | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 130 | 4943 | NPC International, Inc. | 11051 Bellefontaine Rd , Saint Louis, MO 63138 | Lease | Realty Income Properties 13 | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 131 | 4946 | NPC International, Inc. | 710 Edwardsville Rd , Troy, IL 62294 | Lease | Realty Income Illinois Property | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |

| 132 | 2758 | NPC International, Inc. | 2751 32nd Ave S , Grand Forks, ND 58201-6027 | Lease | Grand Forks Associates | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 133 | 4690 | NPC International, Inc. | 2075 John F Kennedy Road, Dubuque, IA 52002 | Lease | Hospitality Properties Trust | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |
| 134 | 2229 | NPC International, Inc. | 11340 Hwy 49 , Gulfport, MS 39503-3129 | Lease | Edward and Elaine Lim | Miscellaneous furniture, smallwares, and/or restaurant fixtures and equipment | 11/25/2020 |