**Exhibit A**

**Rejected Leases**

| No. | Landlord or Counterparty Name | Subtenant | Debtor Party | Store # | Location Address | Rejection Date | Description of Abandoned De Minimis Assets | Net Book Value of Abandoned De Minimis Assets |
|---|---|---|---|---|---|---|---|---|
| 1 | Phillips Edison | n/a | NPC International, Inc. | 2735 | 1317 Savoy Plz Ln , Savoy, IL 61874 | 12/30/2020 | Miscellaneous furniture, smallwares, and/or restaurant fixtures and | Minimal |
| 2 | Realty Income Corporation | n/a | NPC International, Inc. | 2776 | 2604 W Main St , Rapid City, SD 57702 | 12/30/2020 | Miscellaneous furniture, smallwares, and/or restaurant fixtures and | Minimal |
| 3 | Interstate Commerce Park Assoc | n/a | NPC International, Inc. | 2251 | 26530 Jones Loop Rd , Punta Gorda, FL 33950 | 12/30/2020 | Miscellaneous furniture, smallwares, and/or restaurant fixtures and | Minimal |
| 4 | Cooperstein Associates - c/o Mr. And Mrs. | Subway Real Estate Corporation | NPC International, Inc. | 15102 | 10406 16th Ave. SW, Seattle, WA 98146 | 12/30/2020 | Miscellaneous furniture, smallwares, and/or restaurant fixtures and | Minimal |