IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re | § Chapter 11 |
|  | § |
| NPC INTERNATIONAL, INC., | § Case No. 20–33353 (DRJ) |
| *et al.*, | § |
| Debtors.[1] | § (Jointly Administered) |
|  | § Re: Docket Nos. 1477, 1528 |

### NOTICE OF (I) ENTRY OF ORDER CONFIRMING JOINT CHAPTER 11 PLAN OF NPC INTERNATIONAL INC. AND ITS AFFILIATED DEBTORS, (II) OCCURRENCE OF EFFECTIVE DATE, (III) ADMINISTRATIVE EXPENSE CLAIM BAR DATE, AND (IV) DRIVER CLAIMANT ADMIN BAR DATE

**PLEASE TAKE NOTICE** that, on January 29, 2021, the Honorable David R. Jones, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"), signed the *Findings of Fact, Conclusions of Law, and Order Confirming Second Amended Joint Chapter 11 Plan of NPC International, Inc. and its Affiliated Debtors* [Docket No. 1528] (the "**Confirmation Order**") confirming the *Second Amended Joint Chapter 11 Plan of NPC International, Inc. and its Affiliated Debtors* [Docket No. 1477] (as supplemented and amended, the "**Plan**").[2]

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on March 31, 2021. As of the Effective Date, the Plan Injunction is now in place.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan may be obtained free of charge by visiting the website maintained by Epiq Corporate Restructuring, LLC at https://dm.epiq11.com/case/npc/info. Parties may also obtain any documents filed in the Chapter 11 Cases for a fee via PACER at https://www.pacer.gov/. Please note that a PACER password and login are required to access documents via PACER.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by the Plan, the Confirmation Order, any other applicable order of the Bankruptcy Court, or agreed to by the holder of an Allowed Administrative Expense Claim and the Debtors or Liquidating Trust, as applicable, all requests for payment of Administrative Expense Claims must be filed with the Bankruptcy Court no later than May 17, 2021 (the "**Administrative Expense Claims Bar Date**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are NPC International, Inc. (7298); NPC Restaurant Holdings I LLC (0595); NPC Restaurant Holdings II LLC (0595); NPC Holdings, Inc. (6451); NPC International Holdings, LLC; (8234); NPC Restaurant Holdings, LLC (9045); NPC Operating Company B, Inc. (6498); and NPC Quality Burgers, Inc. (6457). The Debtors' corporate headquarters and service address is 4200 W. 115th Street, Suite 200, Leawood, KS 66211.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

**FOR THE AVOIDANCE OF DOUBT, ADMINISTRATIVE EXPENSE CLAIMS INCLUDE ALL PERSONAL INJURY TORT, WRONGFUL DEATH, AND/OR RELATED REAL PROPERTY CLAIMS INCURRED ON OR AFTER THE PETITION DATE AND THROUGH THE EFFECTIVE DATE**.

Notwithstanding the foregoing, holders of Administrative Expense Claims that arose in the ordinary course of business during the Chapter 11 Cases shall not be required to file any request for payment of such Administrative Expense Claims, and holders of Fee Claims must comply with Section 2.2 of the Plan. For the avoidance of doubt, and for purposes of this Notice, personal injury tort, wrongful death, and/or related real property claims are not considered to be an ordinary course occurrence and holders of such claims must file an Administrative Expense Claim on or before the Administrative Expense Claims Bar Date. **FAILURE TO FILE AND SERVE PROOF OF AN ADMINISTRATIVE EXPENSE CLAIM TIMELY AND PROPERLY AS SET FORTH IN THE PLAN, CONFIRMATION ORDER AND THIS NOTICE SHALL RESULT IN SUCH CLAIM BEING FOREVER BARRED. IF FOR ANY REASON ANY SUCH ADMINISTRATIVE EXPENSE CLAIM IS INCAPABLE OF BEING FOREVER BARRED AND DISALLOWED, THEN THE HOLDER OF SUCH CLAIM SHALL IN NO EVENT HAVE RECOURSE AGAINST THE DEBTORS, THE LIQUIDATING TRUST, THE GUC TRUST, OR THE REORGANIZED DEBTORS OR TO ANY PROPERTY TO BE DISTRIBUTED PURSUANT TO THE PLAN.**

**PLEASE TAKE FURTHER NOTICE** that, with respect to any Driver Claimant, requests for payment of a Driver Claimant Admin Claim must also be filed with Bankruptcy Court no later than May 17, 2021 (the "**Driver Claimant Admin Claim Bar Date**").

[*Continued on Next Page*]

**PLEASE TAKE FURTHER NOTICE** that the Plan and the provisions thereof are binding on the Debtors, the Liquidating Trust, any holder of a Claim against, or Interest in, the Debtors and such holder's respective successors and assigns, whether or not the Claim or Interest of such holder is impaired under the Plan and whether or not such holder voted to accept the Plan.

Dated: April 1, 2021
      Houston, Texas

    /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:   (713) 546-5000
Facsimile:   (713) 224-9511
Email:   Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Natasha Hwangpo (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007
Email:   Ray.Schrock@weil.com
          Kevin.Bostel@weil.com
          Natasha.Hwangpo@weil.com

*Attorneys for Debtors*