## Exhibit B

**Bostel Certification**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re** | § | **Chapter 11** |
| | § | |
| **NPC INTERNATIONAL, INC.,** | § | **Case No. 20–33353 (DRJ)** |
| *et al.*, | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

**CERTIFICATION OF KEVIN**
**BOSTEL IN SUPPORT OF THIRD**
**INTERIM AND FINAL FEE APPLICATION OF WEIL,**
**GOTSHAL & MANGES LLP, ATTORNEYS FOR DEBTORS, FOR**
**INTERIM AND FINAL ALLOWANCE OF COMPENSATION FOR PROFESSIONAL**
**SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY**
**EXPENSES INCURRED FROM (I) THIRD INTERIM PERIOD OF JANUARY 1, 2021**
**THROUGH MARCH 31, 2021 AND (II) FINAL COMPENSATION**
**PERIOD OF JULY 1, 2020 THROUGH AND INCLUDING MARCH 31, 2021**

I, Kevin Bostel, hereby certify that:

1.      I am a Partner of the firm, Weil, Gotshal & Manges LLP ("**Weil**"), with responsibility for the chapter 11 cases of NPC International, Inc. ("**NPC International**") and its affiliated debtors (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").

2.      This certification ("**Certification**") is made in connection with Weil's fee application, dated April 30, 2021 (the "**Application**"),[2] for (i) interim compensation and reimbursement of expenses for the period commencing January 1, 2021 through March 31, 2021

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are NPC International, Inc. (7298); NPC Restaurant Holdings I LLC (0595); NPC Restaurant Holdings II LLC (0595); NPC Holdings, Inc. (6451); NPC International Holdings, LLC (8234); NPC Restaurant Holdings, LLC (9045); NPC Operating Company B, Inc. (6498); and NPC Quality Burgers, Inc. (6457).  The Debtors' corporate headquarters and service address is 4200 W. 115th Street Suite 200 Leawood, KS 66211.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Application.

(the "**Third Interim Period**") and (ii) final allowance of compensation and reimbursement of expenses for the period commencing July 1, 2020 through March 31, 2021 (the "**Final Compensation Period**"). I have reviewed the Application and hereby certify that the Application complies with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Bankruptcy Local Rules, and Fee Guidelines.

3.   I certify that Weil has complied with provisions of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Docket No. 434) requiring it to provide the Debtors, the Official Committee of Unsecured Creditors (the "**Creditors' Committee**"), and the United States Trustee for Region 7 (the "**U.S. Trustee**") with a statement of Weil's fees and disbursements accrued during the Compensation Period.

4.   Weil discussed its rates, fees, and budget with the Debtors at the outset of, and throughout, the Chapter 11 Cases. The budget prepared in connection with Weil's representation of the Debtors in the Chapter 11 Cases and a summary of the staffing plan are attached to the Application as **Exhibit G** and **Exhibit H**, respectively. Weil seeks fees that are less than the budgeted amounts.

5.   In accordance with the Fee Guidelines, Weil responds to the questions identified therein as follows:

| Question 1: | Did Weil agree to any variations from, or alternatives to, Weil's standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the Compensation Period? If so, please explain. |
|---|---|
| Answer: | No. |
| Question 2: | If the fees sought in the Application as compared to the fees budgeted for the time period covered by the Application are higher by 10% or more, did Weil discuss the reasons for the variation with the client? |
| Answer: | N/A. The fees sought in the Application are less than the budgeted |

fees.

Question 3:      Have any of the professionals included in the Application varied their hourly rate based on geographic location of the bankruptcy case?

Answer:          No.

Question 4:      Does the Application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices? If so, please quantify by hours and fees.

Answer:          The total time expended for such matters during the Third Interim Period is included within Task Code 024.

Question 5:      Does the Application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify hours and fees.

Answer:          The total time expended for such matters during the Third Interim Period is included within Task Code 024.

Question 6:      Does the Application include any rate increases since Weil's retention in these cases?  If so, did the client review and approve those rate increases in advance?  Did the client agree when retaining the law firm to accept all future rate increases?

Answer:          Yes.


Dated:   April 30, 2021
         Hoboken, New Jersey


                          /s/  Kevin Bostel
                          Kevin Bostel
                          Partner
                          Weil, Gotshal & Manges LLP

**<u>Exhibit C</u>**

**Schedule of Professional Fees**

**COMPENSATION FOR THE THIRD INTIERM PERIOD BY PROFESSIONAL
JANUARY 1, 2021 THROUGH AND INCLUDING MARCH 31, 2021**

The attorneys who rendered professional services in these chapter 11 cases during the Third Interim Period are:

| NAME OF PROFESSIONAL: PARTNERS AND COUNSEL | DEPARTMENT† | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Epstein, Michael A. | CORP | 1980 | $1,650.00 | 24.50 | $40,425.00 |
| Perez, Alfredo R. | RES | 1980 | $1,595.00 | 7.40 | $11,803.00 |
| Hoenig, Mark | TAX | 1982 | $1,650.00 | 64.20 | $105,930.00 |
| Slack, Richard W. | LIT | 1987 | $1,395.00 | 115.90 | $161,680.50 |
| Wessel, Paul J. | TAX | 1988 | $1,795.00 | 3.80 | $6,821.00 |
| Pappas, Nicholas J. | LIT | 1989 | $1,350.00 | 3.50 | $4,725.00 |
| Mastando III, John P. | LIT | 1997 | $1,350.00 | 38.10 | $51,435.00 |
| Schrock, Ray C. | RES | 1998 | $1,795.00 | 33.70 | $60,491.50 |
| Gingold, Brian | CORP | 2001 | $1,450.00 | 2.90 | $4,205.00 |
| Westerman, Gavin | CORP | 2004 | $1,395.00 | 201.50 | $281,092.50 |
| Azcuy, Beatriz | CORP | 2008 | $1,300.00 | 155.30 | $201,890.00 |
| Bostel, Kevin | RES | 2012 | $1,225.00 | 384.80 | $469,850.00 |
| Hwangpo, Natasha | RES | 2014 | $1,200.00 | 514.10 | $616,920.00 |
| Margolis, Steven M. (Counsel) | TAX | 1990 | $1,225.00 | 198.80 | $243,530.00 |
| O'Loughlin, John (Counsel) | CORP | 1996 | $1,175.00 | 6.10 | $7,167.50 |
| Morton, Matthew D. (Counsel) | CORP | 2001 | $1,175.00 | 2.70 | $3,172.5 |
| Munz, Naomi (Counsel) | CORP | 2006 | $1,175.00 | 259.10 | $304,442.50 |
| Alexander, Lauren Zerbinopoulos (Counsel) | LIT | 2008 | $1,150.00 | 2.10 | $2,415.00 |
| Kellert, Raquel (Counsel) | LIT | 2011 | $1,150.00 | 1.40 | $1,610.00 |
| Silber, Gary (Counsel) | TAX | 2011 | $1,150.00 | 74.60 | $85,790.00 |
| Suehnholz, Amy (Counsel) | LIT | 2011 | $1,150.00 | 145.10 | $166,865.00 |
| Greer, Olivia J. (Counsel) | CORP | 2013 | $1,150.00 | 2.40 | $2,760.00 |
| De Vuono, Christina A. (Counsel) | CORP | 2015 | $1,150.00 | 268.50 | $308,775.00 |
| **Total Partners and Counsel:** | | | | **2,510.50** | **$3,143,796.00** |

† RES – Restructuring; CORP – Corporate; LIT – Litigation

| NAME OF PROFESSIONAL: ASSOCIATES | DEPARTMENT† | YEAR ADMITTED† | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | RES | 2003 | $650.00 | 42.60 | $27,690.00 |
| Fliman, Ariel | CORP | 2009 | $1,075.00 | 9.50 | $10,212.50 |
| Leslie, Harold David | LIT | 2013 | $1,100.00 | 6.20 | $6,820.00 |
| Oveissi, Jacqueline | CORP | 2015 | $1,100.00 | 3.70 | $4,070.00 |
| Springer, Lauren | CORP | 2015 | $1,100.00 | 77.50 | $85,250.00 |
| Sytsma, Elizabeth | LIT | 2015 | $1,075.00 | 18.90 | $20,317.50 |
| Glasser, Joshua M. | LIT | 2017 | $1,040.00 | 21.10 | $21,068.00 |
| Hill, David F. | LIT | 2017 | $1,040.00 | 26.90 | $27,976.00 |
| Jaikaran, Elizabeth Shanaz | CORP | 2017 | $1,040.00 | 270.20 | $281,008.00 |
| McGrath, Colin | LIT | 2017 | $985.00 | 7.50 | $7,387.50 |
| Godbe, Michael | RES | 2018 | $985.00 | 42.40 | $41,764.00 |
| Hulsey, Sam | CORP | 2018 | $985.00 | 169.70 | $167,154.50 |
| Hwang, Angeline Joong-Hui | RES | 2018 | $985.00 | 336.50 | $331,452.50 |
| Carens, Elizabeth Anne | RES | 2018 | $895.00 | 515.30 | $458,668.50 |
| Papadatos, Daphne | RES | 2018 | $895.00 | 274.00 | $245,230.00 |
| Sommers, Mary | TAX | 2018 | $895.00 | 40.00 | $35,800.00 |
| Ha, Frances R. | RES | 2018 | $770.00 | 298.00 | $229,460.00 |
| Buschmann, Michael | RES | 2019 | $895.00 | 295.00 | $264,025.00 |
| Chenkin, Michael Price | CORP | 2019 | $895.00 | 114.40 | $102,388.00 |
| Medianik, Katherine | CORP | 2019 | $895.00 | 45.70 | $40,901.50 |
| Stanley, Tanner | LIT | 2019 | $895.00 | 81.70 | $73,121.50 |
| DiDonato, Philip | RES | 2019 | $845.00 | 130.10 | $116,439.50 |
| Guernsey, Daniel P. | LIT | 2019 | $770.00 | 8.70 | $6,699.00 |
| Fayssoux, Leah M. | CORP | 2019 | $770.00 | 11.60 | $8,932.00 |
| Thompson, Maryann | CORP | 2020 | $895.00 | 109.00 | $97,555.00 |
| Liu, Ting | CORP | 2020 | $770.00 | 76.10 | $58,597.00 |
| Allen, Jared | LIT | 2020 | $770.00 | 29.80 | $22,946.00 |
| Lamar, Courtnii | TAX | 2021 | $770.00 | 82.30 | $63,371.00 |
| Bier, Ilana B. | CORP | 2021 | $630.00 | 2.90 | $1,827.00 |

† RES – Restructuring; CORP – Corporate; LIT – Litigation

† *Not Yet Admitted

| NAME OF PROFESSIONAL: ASSOCIATES | DEPARTMENT[†] | YEAR ADMITTED[†] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Cohan, Theodore | RES | 2021 | $630.00 | 409.20 | $257,796.00 |
| Witty, Asher | CORP | 2021 (NJ) | $630.00 | 6.20 | $3,906.00 |
| Abdel-Hamid, Omar | LIT | * | $770.00 | 8.20 | $6,314.00 |
| Cummings, Kyle | LIT | * | $630.00 | 65.40 | $41,202.00 |
| DeBrowner, Nolan Jeremy | LIT | * | $630.00 | 54.50 | $34,335.00 |
| Gulati, Shreya | RES | * | $630.00 | 62.10 | $39,088.00 |
| Luo, Karen | CORP | * | $630.00 | 145.40 | $91,602.00 |
| Munson, Ava Maria | CORP | * | $630.00 | 97.50 | $61,425.00 |
| Tennenberg, Avi | CORP | * | $630.00 | 14.90 | $9,387.00 |
| **Total Associates:** | | | | **4,010.70** | **$3,403,186.50** |

The paraprofessionals who rendered professional services in these chapter 11 cases during the Third Interim Period are:

| NAME OF PROFESSIONAL: PARAPROFESSIONALS | DEPARTMENT‡ | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Lee, Kathleen Anne | RES | $460.00 | 120.20 | $55,292.00 |
| Stauble, Christopher A. | RES | $460.00 | 2.90 | $1,334.00 |
| Gilchrist, Roy W. | LIT | $420.00 | 12.00 | $5,040.00 |
| Fabsik, Paul | RES | $405.00 | 127.20 | $51,516.00 |
| Oliva, Angela E.F. | LIT | $405.00 | 11.40 | $4,617.00 |
| Chan, Herbert | LIT | $385.00 | 9.90 | $3,811.50 |
| Peene, Travis J. | RES | $275.00 | 9.70 | $2,667.50 |
| Pal, Himansu | RES | $260.00 | 6.80 | $1,768.00 |
| **Total Paraprofessionals:** | | | **300.10** | **$126,046.00** |

‡ RES – Restructuring; CORP – Corporate; LIT – Litigation

The total fees for the Third Interim Period are:

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,252.26 | 2,510.50 | $3,143,796.00 |
| Associates | $848.53 | 4,010.70 | $3,403,186.50 |
| Paraprofessionals | $420.01 | 300.10 | $126,046.00 |
| **Blended Attorney Rate:** | **$1,003.95** | | |
| **Blended Rate for All Timekeepers:** | **$978.26** | | |
| **Total Fees Incurred:** | | **6,821.30** | **$6,673,028.50** |

**COMPENSATION FOR THE THIRD INTERIM PERIOD BY PROJECT CATEGORY
JANUARY 1, 2021 THROUGH AND INCLUDING MARCH 31, 2021**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Administrative Expense Claims | 20.10 | $17,061.50 |
| 002 | Adversary Proceedings | 0.40 | $110.00 |
| 003 | Assets Disposition/363 Matters | 2,549.40 | $2,704,690.00 |
| 004 | Automatic Stay | 38.60 | $30,451.00 |
| 005 | Bar Date/Claims Reconciliation Issues | 344.70 | $341,480.00 |
| 006 | Case Administration (Case Calendar and WIP) | 51.10 | $32,869.50 |
| 007 | Cash Collateral/Adequate Protection | 2.60 | $2,582.50 |
| 008 | Cash Management | 6.30 | $5,485.50 |
| 009 | Chapter 11 Plan/Confirmation | 1,250.20 | $1,163,558.50 |
| 010 | Client Communication | 117.60 | $126,809.00 |
| 011 | Corporate Governance/Securities | 206.30 | $195,496.50 |
| 012 | Customer/Vendor Issues and Reclamation/503(b)(9) Claims | 11.40 | $7,033.50 |
| 013 | Disclosure Statement/Solicitation/Voting | 38.30 | $33,071.50 |
| 014 | Employee Issues | 129.60 | $139,352.00 |
| 015 | Exclusivity | 17.80 | $12,364.50 |
| 016 | Executory Contracts/Leases/Real Property/Section 365 Issues | 729.20 | $651,567.00 |
| 017 | General Case Strategy (Including Team Calls) | 218.50 | $224,921.50 |
| 018 | Hearings and Court Matters | 108.00 | $87,334.00 |
| 019 | Insurance and Workers Compensation Issues | 32.10 | $31,518.00 |
| 020 | Non-Bankruptcy Litigation | 31.20 | $22,520.50 |
| 022 | Pizza Hut Franchisor Issues | 131.10 | $135,559.50 |
| 023 | Regulatory/Environmental Issues | 3.30 | $3,796.50 |
| 024 | Retention/Fee Application: Ordinary Course Professionals | 37.10 | $33,391.50 |
| 025 | Retention/Fee Applications: Other Professionals | 120.60 | $101,410.00 |
| 026 | Retention/Fee Applications: Weil | 138.60 | $95,284.50 |
| 027 | Schedules/SOFAs/2015.3 Report | 0.50 | $447.50 |
| 028 | Secured Creditor Issues/Meetings/Communications | 14.20 | $15,368.00 |
| 029 | Tax Issues | 67.30 | $92,589.00 |
| 030 | Unsecured Creditors Issues/Meetings | 342.50 | $311,369.00 |
| 031 | U.S. Trustee Issues/Communication/Monthly Operating Report | 7.90 | $6,159.50 |
| 032 | Utility Adequate Assurance | 7.70 | $7,076.00 |
| 033 | Wendy's Franchisor Issues | 47.10 | $40,301.00 |
| **Total:** | | **6,821.30** | **$6,673,028.50** |

**COMPENSATION FOR THE FINAL PERIOD BY PROFESSIONAL
JULY 1, 2020 THROUGH AND INCLUDING MARCH 31, 2021**

The attorneys who rendered professional services in these chapter 11 cases during the Final Compensation Period are:

| NAME OF PROFESSIONAL: PARTNERS AND COUNSEL | DEPARTMENT† | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Newborn, Steven A. | LIT | 1975 | $1,695.00 | 1.80 | $3,051.00 |
| Bond, W. Michael | CORP | 1980 | $1,695.00 | 1.20 | $2,034.00 |
| Epstein, Michael A. | CORP | 1980 | $1,650.00 | 24.50 | $40,425.00 |
| Epstein, Michael A. | CORP | 1980 | $1,575.00 | 61.20 | $96,390.00 |
| Perez, Alfredo R. | RES | 1980 | $1,595.00 | 7.40 | $11,803.00 |
| Perez, Alfredo R. | RES | 1980 | $1,500.00 | 81.80 | $122,700.00 |
| Dixon, Catherine T. | CORP | 1982 | $1,575.00 | 6.20 | $9,765.00 |
| Hoenig, Mark | TAX | 1982 | $1,650.00 | 64.20 | $105,930.00 |
| Hoenig, Mark | TAX | 1982 | $1,575.00 | 403.60 | $635,670.00 |
| Goldring, Stuart J. | TAX | 1984 | $1,695.00 | 0.90 | $1,525.50 |
| Slack, Richard W. | LIT | 1987 | $1,395.00 | 115.90 | $161,680.50 |
| Slack, Richard W. | LIT | 1987 | $1,325.00 | 413.00 | $547,225.00 |
| Wessel, Paul J. | TAX | 1988 | $1,795.00 | 3.80 | $6,821.00 |
| Wessel, Paul J. | TAX | 1988 | $1,695.00 | 20.70 | $35,086.50 |
| Connolly, Annemargaret | CORP | 1988 | $1,400.00 | 7.90 | $11,060.00 |
| Pappas, Nicholas J. | LIT | 1989 | $1,350.00 | 3.50 | $4,725.00 |
| Pappas, Nicholas J. | LIT | 1989 | $1,275.00 | 16.30 | $20,782.50 |
| Urquhart, Douglas R. | CORP | 1990 | $1,525.00 | 57.30 | $87,382.50 |
| Adams, Frank R. | CORP | 1994 | $1,525.00 | 40.80 | $62,220.00 |
| Kronman, Ariel | CORP | 1994 | $1,250.00 | 3.30 | $4,125.00 |
| Wohl, David E. | CORP | 1996 | $1,275.00 | 1.90 | $2,422.50 |
| Mastando III, John P. | LIT | 1997 | $1,350.00 | 38.10 | $51,435.00 |
| Mastando III, John P. | LIT | 1997 | $1,250.00 | 567.80 | $709,750.00 |
| Schrock, Ray C. | RES | 1998 | $1,795.00 | 33.70 | $60,491.50 |
| Schrock, Ray C. | RES | 1998 | $1,650.00 | 277.00 | $457,050.00 |
| Heyliger, Adelaja K. | CORP | 1998 | $1,175.00 | 9.90 | $11,632.50 |

---

† RES – Restructuring; CORP – Corporate; LIT – Litigation

| NAME OF PROFESSIONAL: PARTNERS AND COUNSEL | DEPARTMENT† | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Gingold, Brian | CORP | 2001 | $1,450.00 | 2.90 | $4,205.00 |
| Gingold, Brian | CORP | 2001 | $1,375.00 | 21.00 | $28,875.00 |
| Garcia, Christopher L. | LIT | 2001 | $1,425.00 | 1.40 | $1,995.00 |
| Coyne, Sarah | LIT | 2001 | $1,350.00 | 12.80 | $17,280.00 |
| Westerman, Gavin | CORP | 2004 | $1,395.00 | 201.50 | $281,092.50 |
| Westerman, Gavin | CORP | 2004 | $1,300.00 | 456.70 | $593,710.00 |
| Azcuy, Beatriz | CORP | 2008 | $1,300.00 | 155.30 | $201,890.00 |
| Azcuy, Beatriz | CORP | 2008 | $1,250.00 | 232.50 | $290,625.00 |
| Bostel, Kevin | RES | 2012 | $1,225.00 | 384.80 | $469,850.00 |
| Bostel, Kevin | RES | 2012 | $1,125.00 | 927.60 | $1,043,550.00 |
| Granger, Megan A. | LIT | 2012 | $1,125.00 | 33.70 | $37,912.50 |
| Hwangpo, Natasha | RES | 2014 | $1,200.00 | 514.10 | $616,920.00 |
| Margolis, Steven M. (Counsel) | TAX | 1990 | $1,225.00 | 198.80 | $243,530.00 |
| Margolis, Steven M. (Counsel) | TAX | 1990 | $1,125.00 | 236.20 | $265,725.00 |
| O'Loughlin, John (Counsel) | CORP | 1996 | $1,175.00 | 6.10 | $7,167.50 |
| Morton, Matthew D. (Counsel) | CORP | 2001 | $1,175.00 | 2.70 | $3,172.50 |
| Munz, Naomi (Counsel) | CORP | 2006 | $1,175.00 | 259.10 | $304,442.50 |
| Munz, Naomi (Counsel) | CORP | 2006 | $1,100.00 | 484.80 | $533,280.00 |
| Alexander, Lauren Zerbinopoulos (Counsel) | LIT | 2008 | $1,150.00 | 2.10 | $2,415.00 |
| Alexander, Lauren Zerbinopoulos (Counsel) | LIT | 2008 | $1,100.00 | 405.60 | $446,160.00 |
| Brown-Reilly, Alexis (Counsel) | LIT | 2009 | $1,100.00 | 25.60 | $28,160.00 |
| Ferrari, Janeane (Counsel) | CORP | 2010 | $1,100.00 | 35.30 | $38,830.00 |
| Kellert, Raquel (Counsel) | LIT | 2011 | $1,150.00 | 1.40 | $1,610.00 |
| Kellert, Raquel (Counsel) | LIT | 2011 | $1,100.00 | 63.20 | $69,520.00 |
| Silber, Gary (Counsel) | TAX | 2011 | $1,150.00 | 74.60 | $85,790.00 |
| Silber, Gary (Counsel) | TAX | 2011 | $1,100.00 | 227.60 | $250,360.00 |
| Suehnholz, Amy (Counsel) | LIT | 2011 | $1,150.00 | 145.10 | $166,865.00 |
| Suehnholz, Amy (Counsel) | LIT | 2011 | $1,100.00 | 429.20 | $472,120.00 |
| Djilani, Jessica N. (Counsel) | LIT | 2011 | $1,100.00 | 133.10 | $146,410.00 |
| Friedenberg, Matthew R. (Counsel) | LIT | 2012 | $1,100.00 | 39.50 | $43,450.00 |

| NAME OF PROFESSIONAL: PARTNERS AND COUNSEL | DEPARTMENT† | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Novison Weaver, Heather (Counsel) | LIT | 2012 | $1,100.00 | 2.00 | $2,200.00 |
| Prugh, Amanda Pennington (Counsel) | LIT | 2012 | $1,100.00 | 7.00 | $7,700.00 |
| Greer, Olivia J. (Counsel) | CORP | 2013 | $1,150.00 | 2.40 | $2,760.00 |
| Olshan, Craig (Counsel) | TAX | 2013 | $1,100.00 | 24.30 | $26,730.00 |
| De Vuono, Christina A. (Counsel) | CORP | 2015 | $1,150.00 | 268.50 | $308,775.00 |
| De Vuono, Christina A. (Counsel) | CORP | 2015 | $1,100.00 | 606.30 | $666,930.00 |
| **Total Partners and Counsel:** | | | | **8,888.50** | **$10,975,190.50** |

| NAME OF PROFESSIONAL: ASSOCIATES | DEPARTMENT† | YEAR ADMITTED† | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Smith, Leslie S. | CORP | 1995 | $1,050.00 | 0.40 | $420.00 |
| Friedman, Julie T. | RES | 2003 | $650.00 | 42.60 | $27,690.00 |
| Friedman, Julie T. | RES | 2003 | $625.00 | 92.60 | $57,875.00 |
| Fliman, Ariel | CORP | 2009 | $1,075.00 | 9.50 | $10,212.50 |
| Fliman, Ariel | CORP | 2009 | $1,010.00 | 9.00 | $9,090.00 |
| Fliman, Ariel | CORP | 2009 | $980.00 | 3.30 | $3,234.00 |
| Leslie, Harold David | LIT | 2013 | $1,100.00 | 6.20 | $6,820.00 |
| Leslie, Harold David | LIT | 2013 | $1,050.00 | 237.80 | $249,690.00 |
| Leslie, Harold David | LIT | 2013 | $1,010.00 | 99.10 | $100,091.00 |
| Greer, Olivia J. | CORP | 2013 | $1,050.00 | 36.90 | $38,745.00 |
| Evens, Daniel A. | CORP | 2014 | $1,050.00 | 1.90 | $1,995.00 |
| Hwangpo, Natasha | RES | 2014 | $1,050.00 | 1,208.60 | $1,269,030.00 |
| Oveissi, Jacqueline | CORP | 2015 | $1,100.00 | 3.70 | $4,070.00 |
| Oveissi, Jacqueline | CORP | 2015 | $1,050.00 | 17.00 | $17,850.00 |
| Oveissi, Jacqueline | CORP | 2015 | $1,010.00 | 19.30 | $19,493.00 |
| Springer, Lauren | CORP | 2015 | $1,100.00 | 77.50 | $85,250.00 |
| Springer, Lauren | CORP | 2015 | $1,050.00 | 32.90 | $34,545.00 |
| Springer, Lauren | CORP | 2015 | $1,010.00 | 6.70 | $6,767.00 |
| Sytsma, Elizabeth | LIT | 2015 | $1,075.00 | 18.90 | $20,317.50 |
| Sytsma, Elizabeth | LIT | 2015 | $1,010.00 | 264.30 | $266,943.00 |
| Sytsma, Elizabeth | LIT | 2015 | $980.00 | 59.00 | $57,820.00 |
| Edwards, Laura Elaine | CORP | 2016 | $1,010.00 | 1.50 | $1,515.00 |
| Edwards, Laura Elaine | CORP | 2016 | $980.00 | 2.40 | $2,352.00 |
| Casali, Cecile | LIT | 2016 | $980.00 | 6.90 | $6,762.00 |
| Bednarczyk, Meggin | CORP | 2016 | $930.00 | 4.90 | $4,557.00 |
| Dougherty, Taylor Bridget | LIT | 2017 | $980.00 | 57.10 | $55,958.00 |
| Dougherty, Taylor Bridget | LIT | 2017 | $930.00 | 14.10 | $13,113.00 |
| Glasser, Joshua M. | LIT | 2017 | $1,040.00 | 6.50 | $6,760.00 |
| Glasser, Joshua M. | LIT | 2017 | $980.00 | 162.70 | $159,446.00 |

† RES – Restructuring; CORP – Corporate; LIT – Litigation

† *Not Yet Admitted

| NAME OF PROFESSIONAL: ASSOCIATES | DEPARTMENT† | YEAR ADMITTED† | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Hill, David F. | LIT | 2017 | $1,040.00 | 26.90 | $27,976.00 |
| Hill, David F. | LIT | 2017 | $980.00 | 330.30 | $323,694.00 |
| Hill, David F. | LIT | 2017 | $930.00 | 55.20 | $51,336.00 |
| Jaikaran, Elizabeth Shanaz | CORP | 2017 | $1,040.00 | 270.20 | $281,008.00 |
| Jaikaran, Elizabeth Shanaz | CORP | 2017 | $980.00 | 130.00 | $127,400.00 |
| Jaikaran, Elizabeth Shanaz | CORP | 2017 | $930.00 | 80.20 | $74,586.00 |
| Tavridou, Theodora | CORP | 2017 | $980.00 | 16.30 | $15,974.00 |
| Comparato, Nicole | LIT | 2017 | $930.00 | 33.90 | $31,527.00 |
| Comparato, Nicole | LIT | 2017 | $845.00 | 188.90 | $159,620.50 |
| McGrath, Colin | LIT | 2017 | $985.00 | 7.50 | $7,387.50 |
| McGrath, Colin | LIT | 2017 | $930.00 | 165.70 | $154,101.00 |
| Wang, Weixuan | CORP | 2017 | $930.00 | 5.00 | $4,650.00 |
| Miller, Ronald Lee | LIT | 2017 | $930.00 | 19.10 | $17,763.00 |
| Godbe, Michael | RES | 2018 | $985.00 | 42.40 | $41,764.00 |
| Godbe, Michael | RES | 2018 | $930.00 | 99.40 | $92,442.00 |
| Godbe, Michael | RES | 2018 | $845.00 | 246.20 | $208,039.00 |
| Hulsey, Sam | CORP | 2018 | $985.00 | 169.70 | $167,154.50 |
| Hulsey, Sam | CORP | 2018 | $930.00 | 308.20 | $286,626.00 |
| Hulsey, Sam | CORP | 2018 | $845.00 | 175.30 | $148,128.50 |
| Hwang, Angeline Joong-Hui | RES | 2018 | $985.00 | 336.50 | $331,452.50 |
| Hwang, Angeline Joong-Hui | RES | 2018 | $930.00 | 512.60 | $476,718.00 |
| Hwang, Angeline Joong-Hui | RES | 2018 | $845.00 | 457.60 | $386,672.00 |
| Mahna, Vaishali | CORP | 2018 | $930.00 | 42.70 | $39,711.00 |
| Mahna, Vaishali | CORP | 2018 | $845.00 | 13.20 | $11,154.00 |
| Choi, Sarah | LIT | 2018 | $845.00 | 10.60 | $8,957.00 |
| Carens, Elizabeth Anne | RES | 2018 | $895.00 | 464.80 | $415,996.00 |
| Carens, Elizabeth Anne | RES | 2018 | $845.00 | 560.50 | $473,622.50 |
| Carens, Elizabeth Anne | RES | 2018 | $730.00 | 4.20 | $3,066.00 |
| Papadatos, Daphne | RES | 2018 | $895.00 | 274.00 | $245,230.00 |
| Papadatos, Daphne | RES | 2018 | $845.00 | 151.90 | $128,355.50 |

| NAME OF PROFESSIONAL: ASSOCIATES | DEPARTMENT† | YEAR ADMITTED† | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Sommers, Mary | TAX | 2018 | $895.00 | 40.00 | $35,800.00 |
| Sommers, Mary | TAX | 2018 | $845.00 | 87.40 | $73,853.00 |
| Sommers, Mary | TAX | 2018 | $730.00 | 94.40 | $68,912.00 |
| Jenkins, Jeremy | TAX | 2018 | $845.00 | 8.00 | $6,760.00 |
| Chung, Steven | CORP | 2018 | $845.00 | 17.40 | $14,703.00 |
| Neuhauser, David | CORP | 2018 | $845.00 | 0.70 | $591.50 |
| Warhit, Alyson | LIT | 2018 | $845.00 | 3.30 | $2,788.50 |
| Ha, Frances R. | RES | 2018 | $770.00 | 298.00 | $229,460.00 |
| Ha, Frances R. | RES | 2018 | $730.00 | 238.40 | $174,032.00 |
| Singh, Manleen | TAX | 2018 | $595.00 | 2.10 | $1,249.50 |
| Buschmann, Michael | RES | 2019 | $895.00 | 295.00 | $264,025.00 |
| Buschmann, Michael | RES | 2019 | $845.00 | 447.30 | $377,968.50 |
| Buschmann, Michael | RES | 2019 | $730.00 | 604.60 | $441,358.00 |
| Chenkin, Michael Price | CORP | 2019 | $895.00 | 114.40 | $102,388.00 |
| Chenkin, Michael Price | CORP | 2019 | $845.00 | 119.30 | $100,808.50 |
| Chenkin, Michael Price | CORP | 2019 | $730.00 | 108.70 | $79,351.00 |
| DiDonato, Philip | RES | 2019 | $895.00 | 130.10 | $116,439.50 |
| DiDonato, Philip | RES | 2019 | $845.00 | 230.30 | $194,603.50 |
| DiDonato, Philip | RES | 2019 | $730.00 | 470.40 | $343,392.00 |
| Medianik, Katherine | CORP | 2019 | $895.00 | 45.70 | $40,901.50 |
| Medianik, Katherine | CORP | 2019 | $845.00 | 18.30 | $15,463.50 |
| Medianik, Katherine | CORP | 2019 | $730.00 | 20.20 | $14,746.00 |
| Stanley, Tanner | LIT | 2019 | $895.00 | 81.70 | $73,121.50 |
| Stanley, Tanner | LIT | 2019 | $845.00 | 431.40 | $364,533.00 |
| Stanley, Tanner | LIT | 2019 | $730.00 | 56.30 | $41,099.00 |
| Barron, Shira | CORP | 2019 | $845.00 | 4.80 | $4,056.00 |
| Marcu, Benjamin Jacob | LIT | 2019 | $845.00 | 52.30 | $44,193.50 |
| Richards, Daniel Spencer | LIT | 2019 | $845.00 | 10.00 | $8,450.00 |
| Wands, Lauren | LIT | 2019 | $845.00 | 34.40 | $29,068.00 |
| Guernsey, Daniel P. | LIT | 2019 | $770.00 | 8.70 | $6,699.00 |
| Fayssoux, Leah M. | CORP | 2019 | $770.00 | 11.60 | $8,932.00 |

| NAME OF PROFESSIONAL: ASSOCIATES | DEPARTMENT† | YEAR ADMITTED† | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Fayssoux, Leah M. | CORP | 2019 | $730.00 | 13.70 | $10,001.00 |
| Fayssoux, Leah M. | CORP | 2019 | $595.00 | 12.50 | $7,437.50 |
| Fang, Weiru | RES | 2019 | $730.00 | 342.90 | $250,317.00 |
| Thompson, Maryann | CORP | 2020 | $895.00 | 109.00 | $97,555.00 |
| Thompson, Maryann | CORP | 2020 | $845.00 | 42.40 | $35,828.00 |
| Thompson, Maryann | CORP | 2020 | $730.00 | 16.00 | $11,680.00 |
| Meerwarth, Andrew | LIT | 2020 | $845.00 | 53.40 | $45,123.00 |
| Meerwarth, Andrew | LIT | 2020 | $730.00 | 66.60 | $48,618.00 |
| Allen, Jared | LIT | 2020 | $770.00 | 29.80 | $22,946.00 |
| Allen, Jared | LIT | 2020 | $730.00 | 381.10 | $278,203.00 |
| Allen, Jared | LIT | 2020 | $595.00 | 35.20 | $20,944.00 |
| Liu, Ting | CORP | 2020 | $770.00 | 76.10 | $58,597.00 |
| Liu, Ting | CORP | 2020 | $730.00 | 68.40 | $49,932.00 |
| Liu, Ting | CORP | 2020 | $595.00 | 109.40 | $65,093.00 |
| Gulyako, Emily | TAX | 2020 | $730.00 | 52.90 | $38,617.00 |
| Gulyako, Emily | TAX | 2020 | $595.00 | 15.20 | $9,044.00 |
| Christie, Quinn | LIT | 2020 | $730.00 | 9.40 | $6,862.00 |
| Torsilieri Hardesty, Geneva | LIT | 2020 | $730.00 | 23.70 | $17,301.00 |
| Whitelaw, Alexander | LIT | 2020 | $730.00 | 130.20 | $95,046.00 |
| Whitelaw, Alexander | LIT | 2020 | $595.00 | 122.60 | $72,947.00 |
| Lamar, Courtnii | TAX | 2021 | $770.00 | 82.30 | $63,371.00 |
| Lamar, Courtnii | TAX | 2021 | $730.00 | 90.50 | $66,065.00 |
| Rich, Maya | LIT | 2021 | $730.00 | 5.60 | $4,088.00 |
| Rich, Maya | LIT | 2021 | $595.00 | 32.10 | $19,099.50 |
| Bier, Ilana B. | CORP | 2021 | $630.00 | 2.90 | $1,827.00 |
| Witty, Asher | CORP | 2021 | $630.00 | 6.20 | $3,906.00 |
| Cohan, Theodore | RES | 2021 | $630.00 | 409.20 | $257,796.00 |
| Cohan, Theodore | RES | 2021 | $595.00 | 109.20 | $64,974.00 |
| Abdel-Hamid, Omar | LIT | * | $770.00 | 8.20 | $6,314.00 |
| Abdel-Hamid, Omar | LIT | * | $730.00 | 26.00 | $18,980.00 |
| Abdel-Hamid, Omar | LIT | * | $595.00 | 0.80 | $476.00 |

| NAME OF PROFESSIONAL: ASSOCIATES | DEPARTMENT† | YEAR ADMITTED† | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Cummings, Kyle | LIT | * | $630.00 | 65.40 | $41,202.00 |
| Cummings, Kyle | LIT | * | $595.00 | 126.50 | $75,267.50 |
| DeBrowner, Nolan Jeremy | LIT | * | $630.00 | 54.50 | $34,335.00 |
| DeBrowner, Nolan Jeremy | LIT | * | $595.00 | 150.60 | $89,607.00 |
| Fairman, Lauren E. | LIT | * | $595.00 | 33.00 | $19,635.00 |
| Gonzalez, Joel | LIT | * | $595.00 | 16.20 | $9,639.00 |
| Gulati, Shreya | RES | * | $630.00 | 61.10 | $38,493.00 |
| Gulati, Shreya | RES | * | $595.00 | 74.10 | $44,089.50 |
| Luo, Karen | CORP | * | $630.00 | 145.40 | $91,602.00 |
| Luo, Karen | CORP | * | $595.00 | 26.20 | $15,589.00 |
| Munson, Ava Maria | CORP | * | $630.00 | 97.50 | $61,425.00 |
| Munson, Ava Maria | CORP | * | $595.00 | 4.00 | $2,380.00 |
| Tennenberg, Avi | CORP | * | $630.00 | 14.90 | $9,387.00 |
| **Total Associates:** | | | | **15,140.40** | **$12,841,908.00** |

The paraprofessionals who rendered professional services in these chapter 11 cases during the Final Compensation Period are:

| NAME OF PROFESSIONAL: PARAPROFESSIONALS AND OTHER NON-LEGAL STAFF | DEPARTMENT‡ | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Lee, Kathleen Anne | RES | $460.00 | 120.20 | $55,292.00 |
| Lee, Kathleen Anne | RES | $435.00 | 40.30 | $17,530.50 |
| Stauble, Christopher A. | RES | $460.00 | 2.90 | $1,334.00 |
| Stauble, Christopher A. | RES | $420.00 | 31.80 | $13,356.00 |
| Gilchrist, Roy W. | LIT | $420.00 | 12.00 | $5,040.00 |
| Gilchrist, Roy W. | LIT | $400.00 | 10.60 | $4,240.00 |
| Wong, Sandra | LIT | $420.00 | 3.20 | $1,344.00 |
| Callender-Wilson, Lisa | CORP | $405.00 | 8.30 | $3,361.50 |
| Fabsik, Paul | RES | $405.00 | 127.20 | $51,516.00 |
| Fabsik, Paul | RES | $390.00 | 320.60 | $125,034.00 |
| Oliva, Angela E.F. | LIT | $405.00 | 11.40 | $4,617.00 |
| Oliva, Angela E.F. | LIT | $390.00 | 32.00 | $12,480.00 |
| Ellsworth, John A. | CORP | $400.00 | 5.80 | $2,320.00 |
| Hoilett, Leason | LIT | $400.00 | 2.50 | $1,000.00 |
| Jones Allen | LIT | $400.00 | 20.20 | $8,080.00 |
| Sampson, Lamia | LIT | $400.00 | 4.80 | $1,920.00 |
| Eng-Bendel, Cheryl | LSS | $395.00 | 28.20 | $11,139.00 |
| Merlin, Ann | LIT | $390.00 | 15.90 | $6,201.00 |
| Sawyer, Jayme R. | LIT | $390.00 | 14.60 | $5,694.00 |
| Zaslav, Benjamin | RES | $390.00 | 26.10 | $10,179.00 |
| Chan, Herbert | LIT | $385.00 | 9.90 | $3,811.50 |
| Chan, Herbert | LIT | $370.00 | 12.70 | $4,699.00 |
| Kunz, Trevor | LSS | $375.00 | 12.40 | $4,650.00 |
| Ting, Lara | LSS | $375.00 | 23.10 | $8,662.50 |
| Fortune, Shelly J. | LIT | $370.00 | 12.40 | $4,588.00 |
| Karkat, Sakina | CORP | $370.00 | 16.90 | $6,253.00 |
| Olvera, Rene A. | RES | $370.00 | 44.10 | $16,317.00 |
| Nudelman, Peter | LSS | $360.00 | 2.10 | $756.00 |

‡ RES – Restructuring; CORP – Corporate; LIT – Litigation; LSS – Litigation Support Services

| NAME OF PROFESSIONAL: PARAPROFESSIONALS AND OTHER NON-LEGAL STAFF | DEPARTMENT‡ | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Aaron-Yard, Merlyn | CORP | $345.00 | 4.60 | $1,587.00 |
| Bogota, Alejandro | LSS | $345.00 | 10.50 | $3,622.50 |
| Chavez, Miguel | LSS | $345.00 | 17.20 | $5,934.00 |
| Mo, Suihua | LSS | $345.00 | 6.50 | $2,242.50 |
| Jalomo, Chris | LIT | $290.00 | 5.70 | $1,653.00 |
| Peene, Travis J. | RES | $275.00 | 9.70 | $2,667.50 |
| Peene, Travis J. | RES | $250.00 | 24.40 | $6,100.00 |
| Pal, Himansu | RES | $260.00 | 6.80 | $1,768.00 |
| Pal, Himansu | RES | $250.00 | 4.90 | $1,225.00 |
| Altman-DeSole, Jacob | RES | $250.00 | 8.80 | $2,200.00 |
| Hart, Maggie | LIT | $250.00 | 4.60 | $1,150.00 |
| Hernandez Jimenez, Isabela | LIT | $250.00 | 38.60 | $9,650.00 |
| Kleissler, Matthew Joseph | RES | $250.00 | 8.10 | $2,025.00 |
| LaPorte, Sydney | LIT | $250.00 | 4.10 | $1,025.00 |
| O'Brien, Tara | CORP | $250.00 | 1.00 | $250.00 |
| **Total Paraprofessionals and Other Non-Legal Staff:** | | | **1,127.70** | **$434,514.50** |

The total fees for the Final Compensation Period are:

| PROFESSIONALS<br><br>TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,234.76 | 8,888.50 | $10,975,190.50 |
| Associates | $848.19 | 15,140.40 | $12,841,908.00 |
| Paraprofessionals and Other Non-Legal Staff | $385.31 | 1,127.70 | $434,514.50 |
| **Blended Attorney Rate** | **$991.19** | | |
| **Blended Rate for All Timekeepers** | **$964.03** | | |
| **Total Fees Incurred:** | | **25,156.60** | **$24,251,613.00** |
| **Reduction of Fees:[1]** | | | **($36,359.75)** |
| **Total Fees Requested:** | | **25,156.60** | **$24,215,253.25** |

---

[1]  The total fees and expenses approved reflects a reduction in fees and expenses pursuant to the *Order Approving the Joint Stipulation and Agreed Order between United States Trustee and Weil, Gotshal & Manges LLP Regarding Second Interim Fee Application for Allowance of Compensation and Reimbursement of Expenses* (Docket No. 1630).  The total fees were reduced by $36,359.75 and expenses were reduced by $1,167.37.  The total of fees and expenses awarded $11,297,285.51 reflecting $11,217,084.25 in fees and $80,201.26 in expenses.

## COMPENSATION FOR THE FINAL PERIOD BY PROJECT CATEGORY
## JANUARY 1, 2021 THROUGH AND INCLUDING MARCH 31, 2021

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Administrative Expense Claims | 20.10 | $17,061.50 |
| 002 | Adversary Proceedings | 465.70 | $452,339.50 |
| 003 | Assets Disposition/363 Matters | 7,565.40 | $7,793,016.00 |
| 004 | Automatic Stay | 860.00 | $771,528.50 |
| 005 | Bar Date/Claims Reconciliation Issues | 3,572.40 | $3,260,203.00 |
| 006 | Case Administration (Case Calendar and WIP) | 243.30 | $152,650.00 |
| 007 | Cash Collateral/Adequate Protection | 243.30 | $230,817.50 |
| 008 | Cash Management | 16.20 | $12,981.50 |
| 009 | Chapter 11 Plan/Confirmation | 2,206.30 | $2,086,175.50 |
| 010 | Client Communication | 339.80 | $368,307.00 |
| 011 | Corporate Governance/Securities | 555.50 | $539,256.50 |
| 012 | Customer/Vendor Issues and Reclamation/503(b)(9) Claims | 200.50 | $178,132.50 |
| 013 | Disclosure Statement/Solicitation/Voting | 605.70 | $522,619.50 |
| 014 | Employee Issues | 418.70 | $408,614.50 |
| 015 | Exclusivity | 32.60 | $24,669.00 |
| 016 | Executory Contracts/Leases/Real Property/Section 365 Issues | 1,528.80 | $1,363,536.00 |
| 017 | General Case Strategy (Including Team Calls) | 904.60 | $913,955.50 |
| 018 | Hearings and Court Matters | 648.10 | $588,785.00 |
| 019 | Insurance and Workers Compensation Issues | 141.40 | $136,120.00 |
| 020 | Non-Bankruptcy Litigation | 75.10 | $65,813.00 |
| 022 | Pizza Hut Franchisor Issues | 530.20 | $508,944.00 |
| 023 | Regulatory/Environmental Issues | 16.90 | $14,756.50 |
| 024 | Retention/Fee Application: Ordinary Course Professionals | 108.40 | $85,338.50 |
| 025 | Retention/Fee Applications: Other Professionals | 446.00 | $362,998.00 |
| 026 | Retention/Fee Applications: Weil | 357.00 | $237,559.50 |
| 027 | Schedules/SOFAs/2015.3 Report | 73.40 | $54,726.50 |
| 028 | Secured Creditor Issues/Meetings/Communications | 125.80 | $128,331.00 |
| 029 | Tax Issues | 499.80 | $703,724.50 |
| 030 | Unsecured Creditors Issues/Meetings | 1,706.90 | $1,658,333.50 |
| 031 | U.S. Trustee Issues/Communication/Monthly Operating Report | 47.10 | $39,912.50 |
| 032 | Utility Adequate Assurance | 93.80 | $73,769.00 |
| 033 | Wendy's Franchisor Issues | 507.80 | $496,638.00 |
| **Total Fees Incurred:** | | **25,156.60** | **$24,251,613.00** |
| **Reduction of Fees:**[1] | | | **($36,359.75)** |

[1]   The total fees and expenses approved reflects a reduction in fees and expenses pursuant to the *Order Approving the Joint Stipulation and Agreed Order between United States Trustee and Weil, Gotshal & Manges LLP Regarding*

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| Total Fees Requested: | | 25,156.60 | $24,215,253.25 |

*Second Interim Fee Application for Allowance of Compensation and Reimbursement of Expenses* (Docket No. 1630). The total fees were reduced by $36,359.75 and expenses were reduced by $1,167.37. The total of fees and expenses awarded $11,297,285.51 reflecting $11,217,084.25 in fees and $80,201.26 in expenses.

## **Exhibit D**

**Time Records**

## SUMMARY OF PRIOR MONTHLY FEE STATEMENTS

| | | First Interim Fee Application | | | |
|---|---|---|---|---|---|
| **Date Served** | **Period Covered** | **Total Compensation and Expenses Incurred for Period Covered** | | **Total Amount Paid to Date** | |
| | | **Fees** | **Expenses** | **Fees (@ 100%)** | **Expenses (@ 100%)** |
| 9/1/2020 | 7/1/2020 through 7/31/2020 | $1,637,226.00 | $16,488.78 | $1,637,226.00 | $16,488.78 |
| 10/1/2020 | 8/1/2020 through 8/31/2020 | $2,037,824.50 | $7,695.23 | $2,037,824.50 | $7,695.23 |
| 11/2/2020 | 9/1/2020 through 9/30/2020 | $2,650,090.00 | $7,240.90 | $2,650,090.00 | $7,240.90 |
| **Total for First Interim Fee Application** | | **$6,325,140.50** | **$31,424.91** | **$6,325,140.50** | **$31,424.91** |

| Second Interim Fee Application | | | | | |
|---|---|---|---|---|---|
| **Date Served** | **Period Covered** | **Total Compensation and Expenses Incurred for Period Covered** | | **Total Amount Paid to Date** | |
| | | **Fees** | **Expenses** | **Fees (@ 100%)** | **Expenses (@ 100%)** |
| 12/2/2020 | 10/1/2020 through 10/31/2020 | $3,450,639.00 | $10,689.89 | $3,450,639.00 | $10,689.89 |
| 12/31/2020 | 11/1/2020 through 11/30/2020 | $3,834,260.50 | $31,052.78 | $3,834,260.50 | $31,052.78 |
| 2/2/2021 | 12/1/2020 through 12/31/2020 | $3,968,544.50 | $39,625.96 | $3,968,544.50 | $39,625.96 |
| **Total for Second Interim Fee Application[1]** | | **$11,253,444.00** | **$81,368.63** | **$11,217,084.25** | **$80,201.26** |

---

[1]  The total fees and expenses approved reflects a reduction in fees and expenses pursuant to the *Order Approving the Joint Stipulation and Agreed Order between United States Trustee and Weil, Gotshal & Manges LLP Regarding Second Interim Fee Application for Allowance of Compensation and Reimbursement of Expenses* (Docket No. 1630).  The total fees were reduced by $36,359.75 and expenses were reduced by $1,167.37.  The total of fees and expenses awarded $11,297,285.51 reflecting $11,217,084.25 in fees and $80,201.26 in expenses.

| Third Interim Fee Application | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Date Served** | **Period Covered** | **Total Compensation and Expenses Incurred for Period Covered** | | **Total Amount Previously Requested with Prior Monthly Fee Statement** | | **Total Amount Paid to Date** | | **Holdback Fees Requested** |
| | | **Fees** | **Expenses** | **Fees (@ 80%)** | **Expenses (@ 100%)** | **Fees (@ 80%)** | **Expenses (@ 100%)** | **Fees (@ 20%)** |
| 03/01/2021 | 1/1/2021 through 1/31/2021 | $3,236,059.00 | $43,351.11 | $2,588,847.20 | $43,351.11 | $2,588,847.20 | $43,351.11 | $647,211.80 |
| 03/20/2021 | 2/1/2021 through 2/28/2021 | $1,234,580.50 | $31,061.85 | $987,664.40 | $31,061.85 | $987,664.40 | $31,061.85 | $246,916.10 |
| 04/26/2021[1] | 3/1/2021 through 3/31/2021 | $2,202,389.00 | $55,623.27 | $1,761,911.20 | $55,623.27 | $0.00 | $0.00 | $440,477.80 |
| **Total for Third Interim Fee Application** | | **$6,673,028.50** | **$130,036.23** | **$5,338,422.80** | **$130,036.23** | **$3,576,511.60** | **$74,412.96** | **$1,334,605.70** |

Summary of Any Objections to Monthly Fee Statements:  None.

Compensation Sought in this Application Not Yet Paid:  $3,096,516.90

---

[1]  The objection deadline with respect to Weil's ninth monthly fee statement is May 12, 2021 at 4:00 p.m. (Prevailing Eastern Time).  Once the objection deadline has passed without objection, the Debtors will remit to Weil $1,817,534.47 consisting of $1,761,911.20 in fees (80% of $2,202,389.00) and $55,623.27 in expenses.

**<u>Exhibit E</u>**

**Expenses**

**EXPENSE SUMMARY FOR THE THIRD INTERIM PERIOD**
**JANUARY 1, 2021 THROUGH AND INCLUDING MARCH 31, 2021**

| EXPENSES | AMOUNTS |
|---|---|
| Air Courier / Express Mail / Postage | $514.44 |
| Computerized Research | $58,092.57 |
| Consultants and Witness Fees | $50,968.75 |
| Court Reporting | $17,826.57 |
| Document Svc. Bureau/Retrieval | $107.80 |
| Duplicating | $940.10 |
| Video/Deposition Tapes | $1,586.00 |
| **Total Expenses Requested:** | **$130,036.23** |

**EXPENSE SUMMARY FOR THE FINAL COMPENSATION PERIOD
JULY 1, 2020 THROUGH AND INCLUDING MARCH 31, 2021**

| EXPENSES | AMOUNTS |
|---|---|
| Air Courier / Express Mail / Postage | $6,463.84 |
| Computerized Research | $118,546.29 |
| Consultants and Witness Fees | $50,968.75 |
| Corporation Service | $596.96 |
| Court Call | $129.00 |
| Court Reporting | $36,183.17 |
| Document Svc. Bureau/Retrieval | $107.80 |
| Duplicating | $13,412.85 |
| Filing Fees | $14,086.00 |
| Online News Monitoring | $170.00 |
| Transportation | $579.11 |
| Video/Deposition Tapes | $1,586.00 |
| **Total Expenses Incurred:** | **$242,829.77** |
| **Reduction of Expenses:**[1] | ($1,167.37) |
| **Total Expenses Requested:** | $241,662.40 |

---

[1]  The total fees and expenses approved reflects a reduction in fees and expenses pursuant to the *Order Approving the Joint Stipulation and Agreed Order between United States Trustee and Weil, Gotshal & Manges LLP Regarding Second Interim Fee Application for Allowance of Compensation and Reimbursement of Expenses* (Docket No. 1630).  The total fees were reduced by $36,359.75 and expenses were reduced by $1,167.37.  The total of fees and expenses awarded $11,297,285.51 reflecting $11,217,084.25 in fees and $80,201.26 in expenses.

**Exhibit F**

**Blended Rate Comparison Chart**

**Exhibit F**

**BLENDED RATE COMPARISON CHART**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed by timekeepers in the Houston, New York, and Dallas offices, excluding bankruptcy[1] | Billed in this fee application |
| Partner | $1,277.00 | $1,302.00 |
| Counsel | $1,014.00 | $1,172.00 |
| Senior Associate (7 years or more since first admission) | $969.00 | $953.00 |
| Mid-level Associate (4-6 years since first admission) | $890.00 | $1,006.00 |
| Junior Associate (0-3 years since first admission) | $668.00 | $796.00 |
| Contract Attorney | $393.00 | N/A |
| Staff Attorney | $380.00 | N/A |
| Paralegal | $337.00 | $420.00 |
| Other | $335.00 | N/A |
| **All timekeepers aggregated:** | **$889.00** | **$978.00** |

[1] In accordance with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013, preceding year is a rolling 12 months year ending March 31, 2021; blended rates reflect work performed in preceding year in each of the domestic offices in which timekeepers collectively billed at least 10% of the hours to the case during the application period, excluding all data from bankruptcy law matters.

**<u>Exhibit G</u>**

**Budget**

**Exhibit G**

## BUDGET OF WEIL, GOTSHAL & MANGES LLP PROVIDED TO THE DEBTORS
## FOR THE THIRD INTERIM PERIOD JANUARY 1, 2021 THROUGH MARCH 31, 2021

| Task Code | Task Description | ESTIMATED HOURS | ESTIMATED FEES | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| 001 | Administrative Expense Claims | 20.00 | $19,250.00 | 20.10 | $17,061.50 |
| 002 | Adversary Proceedings | 0.00 | $0.00 | 0.40 | $110.00 |
| 003 | Assets Disposition/363 Matters | 3,000.00 | $2,887,500.00 | 2,549.40 | $2,704,690.00 |
| 004 | Automatic Stay | 50.00 | $48,125.00 | 38.60 | $30,451.00 |
| 005 | Bar Date/Claims Reconciliation Issues | 400.00 | $385,000.00 | 344.70 | $341,480.00 |
| 006 | Case Administration (Case Calendar and WIP) | 60.00 | $57,750.00 | 51.10 | $32,869.50 |
| 007 | Cash Collateral/Adequate Protection | 0.00 | $0.00 | 2.60 | $2,582.50 |
| 008 | Cash Management | 10.00 | $9,625.00 | 6.30 | $5,485.50 |
| 009 | Chapter 11 Plan/Confirmation | 1,550.00 | $1,491,875.00 | 1,250.20 | $1,163,558.50 |
| 010 | Client Communication | 150.00 | $144,375.00 | 117.60 | $126,809.00 |
| 011 | Corporate Governance/Securities | 250.00 | $240,625.00 | 206.30 | $195,496.50 |
| 012 | Customer/Vendor Issues and Reclamation/503(b)(9) Claims | 10.00 | $9,625.00 | 11.40 | $7,033.50 |
| 013 | Disclosure Statement/Solicitation/Voting | 50.00 | $48,125.00 | 38.30 | $33,071.50 |
| 014 | Employee Issues | 150.00 | $144,375.00 | 129.60 | $139,352.00 |
| 015 | Exclusivity | 20.00 | $19,250.00 | 17.80 | $12,364.50 |
| 016 | Executory Contracts/Leases/Real Property/Section 365 Issues | 850.00 | $818,125.00 | 729.20 | $651,567.00 |
| 017 | General Case Strategy (Including Team Calls) | 250.00 | $240,625.00 | 218.50 | $224,921.50 |
| 018 | Hearings and Court Matters | 150.00 | $144,375.00 | 108.00 | $87,334.00 |
| 019 | Insurance and Workers Compensation Issues | 50.00 | $48,125.00 | 32.10 | $31,518.00 |
| 020 | Non-Bankruptcy Litigation | 50.00 | $48,125.00 | 31.20 | $22,520.50 |
| 021 | Non-Working Travel | 0.00 | $0.00 | 0.00 | $0.00 |
| 022 | Pizza Hut Franchisor Issues | 150.00 | $144,375.00 | 131.10 | $135,559.50 |
| 023 | Regulatory/Environmental Issues | 0.00 | $0.00 | 3.30 | $3,796.50 |
| 024 | Retention/Fee Application: Ordinary Course Professionals | 50.00 | $48,125.00 | 37.10 | $33,391.50 |
| 025 | Retention/Fee Applications: Other Professionals | 150.00 | $144,375.00 | 120.60 | $101,410.00 |
| 026 | Retention/Fee Applications: Weil | 150.00 | $144,375.00 | 138.60 | $95,284.50 |
| 027 | Schedules/SOFAs/2015.3 Report | 0.00 | $0.00 | 0.50 | $447.50 |
| 028 | Secured Creditor Issues/Meetings/Communications | 20.00 | $19,250.00 | 14.20 | $15,368.00 |
| 029 | Tax Issues | 200.00 | $192,500.00 | 67.30 | $92,589.00 |
| 030 | Unsecured Creditors Issues/Meetings | 450.00 | $433,125.00 | 342.50 | $311,369.00 |
| 031 | U.S. Trustee Issues/Communication/Monthly Operating Report | 10.00 | $9,625.00 | 7.90 | $6,159.50 |
| 032 | Utility Adequate Assurance | 10.00 | $9,625.00 | 7.70 | $7,076.00 |
| 033 | Wendy's Franchisor Issues | 60.00 | $57,750.00 | 47.10 | $40,301.00 |
| **Total:** | | **8,320.00** | **$8,008,000.00** | **6,821.30** | **$6,673,028.50** |

**<u>Exhibit H</u>**

**Staffing Plan**

**Exhibit H**

**STAFFING PLAN OF WEIL, GOTSHAL & MANGES LLP PROVIDED
TO THE DEBTORS FOR THE THIRD INTERIM PERIOD
JANUARY 1, 2021 THROUGH MARCH 31, 2021**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS PROJECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners | 15 | $1,450.00 |
| Counsel | 10 | $1,100.00 |
| Associates | 40 | $900.00 |
| Paralegals | 10 | $400.00 |