| United States Bankruptcy Court for Southern District of Texas | For Court Use Only |
|---|---|
| NPC International, Inc. Claims Processing Center | |
| c/o Epiq Corporate Restructuring, LLC | |
| P.O. Box 4420 | |
| Beaverton, OR 97076-4420 | |
| Name of Debtor: NPC International, Inc.  Case Number: 20-33353 (DRJ) | |
| | For Court Use Only |

# ADMINISTRATIVE EXPENSE CLAIM

04/16

This form is for making an Administrative Expense claim for payment in a bankruptcy case.
NOTE: This form should be used only by claimants asserting an Administrative Expense arising on or after July 1, 2020 through and including the Effective Date. IT SHOULD NOT BE USED FOR CLAIMS ARISING PRIOR TO July 1, 2020, AND SHOULD NOT BE USED FOR ANY CLAIMS THAT ARE NOT OF A KIND ENTITLED TO TREATMENT IN ACCORDANCE WITH 11 U.S.C. § 503. Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.
A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.
Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): Fourth Enterprises, LLC (f/k/a Red Book Connect, LLC d/b/a HotSchedules)

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?** ☒ No  ☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditors be sent? (if different) | **4. Does this claim amend one already filed?** ☒ No ☐ Yes. Claim number on court claims register (if known) _____ Filed on ____/____/____ MM / DD / YYYY |
|---|---|---|
| Streusand, Landon, Ozburn & Lemmon, LLP  Name | Fourth Enterprises, LLC  Name | |
| 1801 S. MoPac Expressway, Ste. 320  Number  Street | 6504 Bridge Point Pkwy., Ste. 425  Number  Street | **5. Do you know if anyone else has filed a proof of claim for this claim?** ☒ No ☐ Yes. Who made the earlier filing? _____ |
| Austin  TX  78746  City  State  Zip Code | Austin  TX  78730  City  State  Zip Code | |
| Country (if International): _____ | Country (if International): _____ | |
| Contact phone: 512-236-9900 | Contact phone: 512-922-3028 | |
| Contact email: streusand@slollp.com | Contact email: aaron.pickell@fourth.com | |

## Part 2: Give Information About the Claim

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes.

Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the ADMINISTRATIVE EXPENSE CLAIM:**

$ 779.89

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

☑ Goods sold

☐ Services performed   ☐ (See attached)

☐ Money loaned

☐ Personal injury/wrongful death

☐ Taxes

☐ Drivers Claimant

☐ Other (describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)

☐ Wages, salaries, and compensation (Fill out below)

Your social security number _____

Unpaid compensation for services performed

from _____ to _____
       (date)              (date)

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  05/17/2021        *[Signature]*
                  MM / DD / YYYY      Signature

Print the name of the person who is completing and signing this claim:

Name: Sabrina                                    Streusand
      First name        Middle name             Last name

Title: Attorney for the Creditor

Company: Streusand, Landon, Ozburn & Lemmon, LLP

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1801 S. MoPac Expressway, Ste. 320
         Number         Street

Austin                           TX          78746
City                             State       Zip Code

Contact Phone 512-236-9900        Email streusand@slollp.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| NPC INTERNATIONAL, INC., *et. al.*, | § § | Case No. 20-33353 (DRJ) |
| Debtors.[1] | § § § | (Jointly Administered) |

**MOTION OF FOURTH ENTERPRISES, LLC FOR ALLOWANCE AND PAYMENT OF
<u>ADMINISTRATIVE EXPENSE CLAIM FOR POST-PETITION SERVICES</u>**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**TO THE HONORABLE DAVID R. JONES,
UNITED STATES BANKRUPTCY JUDGE:**

Fourth Enterprises, LLC (formerly known as Red Book Connect, LLC d/b/a

---

[1] 1 The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: NPC International, Inc. ("NPC") (7298); NPC Restaurant Holdings I LLC (0595); NPC Restaurant Holdings II LLC (0595); NPC Holdings, Inc. (6451); NPC International Holdings, LLC; (8234); NPC Restaurant Holdings, LLC (9045); NPC Operating Company B, Inc. (6498); and NPC Quality Burgers, Inc. (6457). Debtors' corporate headquarters and service address is 4200 W. 115th Street, Suite 200, Leawood, KS 66211.

{01547/0007/00267593.1}

HotSchedules) ("HotSchedules"), a creditor in the above-entitled and numbered case, respectfully submits this *Motion for Allowance and Payment of Administrative Expense Claim for Post-Petition Services* (the "Motion") and requests entry of an order pursuant to 11 U.S.C. §§ 105, 503, and 365 directing the allowance and payment of HotSchedules' administrative expense claim in the amount of $779.89. In support of the relief requested, HotSchedules respectfully shows the Court as follows:

## I. JURISDICTION

1. Under 28 U.S.C. §§ 157 and 1334, the Court has jurisdiction over the Motion and relief requested herein. Pursuant to 28 U.S.C. §§ 157(b)(2)(A), (B), and (O), this Motion presents a core proceeding.

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory basis for the relief requested includes 11 U.S.C. §§ 503, 507(a)(2).

## II. BACKGROUND

4. On July 1, 2020 (the "Petition Date"), NPC International, Inc. and various related entities (collectively, the "Debtors") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code. Prior to the Petition Date, on or about March 5, 2021, HotSchedules and the Debtors entered into an agreement wherein HotSchedules agreed to provide additional shipments of the Debtors' current books used in the ordinary course of business. Debtors, in turn, agreed to pay HotSchedules the monthly fees and charges pursuant to the agreement for such services.

5. On April 1, 2021, the Court entered a *Notice of (1) Entry of Order Confirming Joint Chapter 11 Plan of NPC International Inc. and Its Affiliated Debtors, (II) Occurrence of Effective Date, (III) Administrative Expense Claim Bar Date, and (IV)*

*Driver Claimant Admin Bar Date*, which sets forth the deadline of May 17, 2021 for asserting administrative expense claims arising on or before July 1, 2020 and through the effective date. [Doc. No. 1643].

6. Since the Petition Date, and pursuant to the agreement, HotSchedules has continued to supply the current books to the Debtors for use in Debtors' ordinary course of business. Although Debtors have enjoyed the benefit of HotSchedules' services, the Debtors have failed to pay for certain post-petition expenses. As of the date of this Motion, the Debtors owe HotSchedules a total of $779.89 (the "Administrative Expense Claim"). Attached hereto as **Exhibit A** are true and correct copies of the invoices, dated March 5, 2021 through April 30, 2021, reflecting the amount due and owing to HotSchedules for Debtors' post-petition expenses of the additional books used in their ordinary course of business.

7. HotSchedules reserves the right to seek payment of this post-petition administrative expense amount as well as any additional post-petition administrative expense amount that may come due after July 1, 2020 at a later date.

### III.  RELIEF REQUESTED AND BASIS FOR RELIEF

8. By this Motion, HotSchedules seeks allowance and payment of $779.89 as an administrative expense pursuant to § 503(b)(1)(A) of the Bankruptcy Code for services provided to Debtors in the ordinary course of business after the Petition Date.

9. The Bankruptcy Code provides that "the actual, necessary costs and expenses of preserving the estate" are characterized as administrative expenses and are entitled to priority.  11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2). Administrative priority is given to post-petition vendors as an inducement to engage in business transactions with a

debtor's estate. *Matter of TransAmerican Nat. Gas Corp.*, 978 F.2d 1409, 1416, reh'g denied, 983 F.2d 1060 (5th Cir. 1993).

10. A request for payment qualifies as an administrative expense claim pursuant to Section 503 if it arose post-petition and results in a direct benefit to the estate. *In re Jack/Wade Drilling, Inc.*, 258 F.3d 385, 387 (5th Cir. 2001). A debt is incurred on the date that a debtor becomes liable for it or "when . . . a resource is consumed." *Matter of Emerald Oil Co.*, 695 F.2d 833, 837 (5th Cir. 1983). Further, in order for an obligation to qualify as an actual and necessary cost, the obligation: (1) must have arisen from a transaction with the estate; and (2) the goods supplied enhanced the ability of the estate's business to function. *In re TransAmerican Natural Gas Corp.*, 978 F.2d 1409, 1416 (5th Cir. 1992).

11. After the Petition Date, HotSchedules continued to provide post-petition services to the Debtors, as evidence by the attached invoices. *See* **Exhibit A**. Because the additional shipments for current books were provided to the Debtors after the Petition Date, the debt is a post-petition debt. Further, the cost of those shipments constitutes an actual and necessary cost of preserving the Debtors' estates, because the additional shipments for current books have allowed the Debtors to continue their operations, generate income during their bankruptcy, and preserve key customer relationships.

12. HotSchedules is therefore entitled, pursuant to § 503(b)(1)(A) of the Bankruptcy Code, to an administrative expense claim in the amount of $779.89 on account of the additional shipments for Debtors' current books provided by HotSchedules to Debtors after the Petition Date.

13. In addition to requesting an order allowing the Administrative Expense

Claim in the amount set forth herein, HotSchedules also requests that the Court order Debtors to pay the Administrative Expense Claim within ten (10) days of an order granting this Motion. The timing of payment of an administrative expense claim under § 503(b) is a matter within the Court's discretion. *In re NE Opco, Inc.*, 501 B.R. 233, 259 (Bank. D. Del. 2013); *In re Garden Ridge Corp.*, 323 B.R. 136, 143 (Bankr. D. Del. 2005); *In re Mr. Gatti's, Inc.*, 164 B.R. 929, 936 (Bankr. W.D. Tex. 1994).

### IV.  RESERVATION OF RIGHTS

14. HotSchedules reserves the right to amend or supplement this Motion to assert additional administrative expense claims against the Debtors.

### V.  NO PRIOR REQUEST

15. No previous motion or request for the relief sought herein has been made to this or any other Court.

### VI.  CONCLUSION

**WHEREFORE**, HotSchedules respectfully requests that this Court enter an order (i) allowing HotSchedules' administrative expense claim pursuant to § 503(b)(1)(A) of thBankruptcy Code with respect to the software subscription and support services in the amount of $779.89 and (ii) granting HotSchedules such other and further relief as is just and proper.

- INTENTIONALLY LEFT BLANK -

Dated: May 17, 2021

                        Respectfully submitted,

By: */s/ Sabrina L. Streusand*
Sabrina L. Streusand
State Bar No. 11701700
Anh Nguyen
State Bar No. 24079053
**STREUSAND, LANDON, OZBURN & LEMMON LLP**
1801 S. MoPac Expressway, Ste. 320
Austin, Texas 78746
Telephone: (512) 236-9901
Facsimile: (512) 236-9904
streusand@slollp.com
nguyen@slollp.com

**ATTORNEYS FOR**
**FOURTH ENTERPRISES, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2021 a true and correct copy of the foregoing document was served on those parties entitled to notice through the Court's Electronic Case Filing System, including, but not limited to, the following:

| | |
|---|---|
| Alfredo R Perez<br>Weil Gotshal et al<br>700 Louisiana, Ste. 1700<br>Houston, TX 77002 | Hector Duran, Jr.<br>U.S. Trustee<br>515 Rusk, Ste. 3516<br>Houston, TX 77002 |
| | Stephen Douglas Statham<br>Office of the US Trustee<br>515 Rusk, Ste. 3516<br>Houston, TX 77002 |

                        */s/ Sabrina L. Streusand*
                        Sabrina L. Streusand

{01547/0007/00267593.1}6

**Thank you for your order.**



Remit to: **Red Book Solutions**
33270 Collection Center Drive
Chicago, IL 60693-0332 USA
800-526-9635 ▪ 303-761-6975
www.redbooksolutions.com
Located in Englewood, CO

**Invoice**

| | |
|---|---|
| Invoice # : | 1463137 |
| Date : | 3/5/2021 |
| PO # : | PreCoreInt Over |
| Terms : | Net 30 |

| | |
|---|---|
| Due Date : | 4/4/2021 |
| Cust # : | A7523 |
| Ordered By: | Ryan Eason |
| Order # : | 2294357 |

**BILL TO:**

Wendy's - NPC Quality Burgers A7523
**Attention: AP/Mindy Scholes**
720 W 20TH ST
PITTSBURG, KS  66762-2844  US

**SHIP TO:**

Wendys NPC Quality Burgers A7523
5065 Sunset Ln

Ogden, UT  84403-4227  US

| Quantity | Description | Disc. | Unit Price | Extended |
|---|---|---|---|---|
| 60 | Wendy's-NPC Pre Core Internal Guide-POD-UND00 | 0 % | $4.51 | $270.60 |
| 1 | Freight | 0 % | $127.65 | $127.65 |

| | |
|---|---|
| Sub Total: | $398.25 |
| State Taxes: | $0.00 |
| County Taxes: | $0.00 |
| City Taxes: | $0.00 |
| Other Taxes: | $19.61 |
| Total: | $417.86 |

Please log on to www.redbooksolutions.com/my-account to view a copy of your invoice and update all of your account information.

**We now offer electronic payments that will be processed using your bank account and routing information.  Save time and money with this secure, easy to use payment method.  Contact us to get signed up.**

---

Prices subject to change at any time.
fold and tear at perforation

**Please include this remittance form with your payment**

| Date : | 3/5/2021 | Cust # : | A7523 | Invoice # : | 1463137 |
|---|---|---|---|---|---|
| PO # : | PreCoreInt Over | Ordered By: | Ryan Eason | | |
| Terms : | Net 30 | | | | |

**Remit to:**

**Red Book Solutions Remittance**
**33270 Collection Center Drive**
**Chicago, IL  60693-0332**

Due Date :  4/4/2021
Total Due:  $417.86

Payment Amount Enclosed:

**Exhibit A**

**Thank you for your order.**



Remit to: **Red Book Solutions**
33270 Collection Center Drive
Chicago, IL 60693-0332 USA

800-526-9635 ▪ 303-761-6975
www.redbooksolutions.com
Located in Englewood, CO

## Invoice

| | |
|---|---|
| Invoice # : | 1465792 |
| Date : | 3/11/2021 |
| PO # : | RHM Training |
| Terms : | Net 30 |
| Due Date : | 4/10/2021 |
| Cust # : | A7523 |
| Ordered By: | Tina Mattis |
| Order # : | 2294428 |

**BILL TO:**

Wendy's - NPC Quality Burgers A7523
**Attention: AP/Mindy Scholes**
720 W 20TH ST
PITTSBURG, KS  66762-2844  US

**SHIP TO:**

Wendys NPC Quality Burgers A7523
3617 Sprigg St S

Frederick, MD  21704-7908  US

| Quantity | Description | Disc. | Unit Price | Extended |
|---|---|---|---|---|
| 1 | Wendy's-NPC Core Guide-POD-UND00 | 0 % | $7.20 | $7.20 |
| 1 | Freight | 0 % | $19.46 | $19.46 |

| | |
|---|---|
| Sub Total: | $26.66 |
| State Taxes: | $0.00 |
| County Taxes: | $0.00 |
| City Taxes: | $0.00 |
| Other Taxes: | $0.44 |
| Total: | $27.10 |

Please log on to www.redbooksolutions.com/my-account to view a copy of your invoice and update all of your account information.

**We now offer electronic payments that will be processed using your bank account and routing information.  Save time and money with this secure, easy to use payment method.  Contact us to get signed up.**

---

Prices subject to change at any time.
fold and tear at perforation

**Please include this remittance form with your payment**

| | | |
|---|---|---|
| Date :  3/11/2021 | Cust # :  A7523 | Invoice # :  1465792 |
| PO # :  RHM Training | Ordered By:  Tina Mattis | |
| Terms : Net 30 | | |

**Remit to:**
**Red Book Solutions Remittance**
**33270 Collection Center Drive**
**Chicago, IL  60693-0332**

Due Date :  4/10/2021
Total Due:  $27.10

Payment Amount Enclosed:

**Exhibit A**

Thank you for your order.                                    Remit to:   **Red Book Solutions**
                                                                          33270 Collection Center Drive
                                                                          Chicago, IL 60693-0332 USA


Red Book Solutions
a HotSchedules Company

800-526-9635 ▪ 303-761-6975
www.redbooksolutions.com
Located in Englewood, CO

|  |  |  |  |
|---|---|---|---|
| Invoice # : | 1468781 | Due Date : | 5/13/2021 |
| Date : | 4/13/2021 | Cust # : | A7523 |
| PO # : | 8799,2390,1356 | Ordered By: | Replace Lost |
| Terms : | Net 30 | Order # : | 2299597 |

**Invoice**

### BILL TO:

Wendy's - NPC Quality Burgers A7523
**Attention: AP/Mindy Scholes**
720 W 20TH ST
PITTSBURG, KS  66762-2844  US

### SHIP TO:

This order has 3 addresses associated with it.

| Quantity | Description | Disc. | Unit Price | Extended |
|---|---|---|---|---|
| 1 | Freight | 0 % | $69.82 | $69.82 |
| 3 | Wendy's-NPC Quality Burgers Inc-MRB-P0421 | 0 % | $18.18 | $54.54 |
| 3 | Wendy's-NPC Quality Burgers Inc-MRB-P0521 | 0 % | $18.18 | $54.54 |
| 3 | Wendy's-NPC Quality Burgers Inc-MRB-P0621 | 0 % | $18.18 | $54.54 |
| 3 | Wendy's-Watch-SP-RBK-Food Safety-Q0221 | 0 % | $8.12 | $24.36 |

|  |  |
|---|---|
| Sub Total: | $257.80 |
| State Taxes: | $0.00 |
| County Taxes: | $0.00 |
| City Taxes: | $0.00 |
| Other Taxes: | $19.29 |
| Total: | $277.09 |

Please log on to www.redbooksolutions.com/my-account to view a copy of your invoice and update all of your account information.

**We now offer electronic payments that will be processed using your bank account and routing information.  Save time and money with this secure, easy to use payment method. Contact us to get signed up.**

---

Prices subject to change at any time.
fold and tear at perforation

**Please include this remittance form with your payment**

| Date : | 4/13/2021 | Cust # : | A7523 | Invoice # : | 1468781 |
|---|---|---|---|---|---|
| PO # : | 8799,2390,1356 | Ordered By: | Replace Lost |  |  |
| Terms : | Net 30 |  |  |  |  |

**Remit to:**

**Red Book Solutions Remittance**
**33270 Collection Center Drive**
**Chicago, IL  60693-0332**

| Due Date : | 5/13/2021 |
|---|---|
| Total Due: | $277.09 |

Payment Amount Enclosed:

**Exhibit A**

Thank you for your order.



Red Book Solutions
a HotSchedules Company

Remit to: **Red Book Solutions**
33270 Collection Center Drive
Chicago, IL 60693-0332 USA
800-526-9635 ▪ 303-761-6975
www.redbooksolutions.com
Located in Englewood, CO

| | | | |
|---|---|---|---|
| Invoice # : | 1469069 | Due Date : | 5/19/2021 |
| Date : | 4/19/2021 | Cust # : | A7523 |
| PO # : | 11554 | Ordered By: | Isaiah Robinson |
| Terms : | Net 30 | Order # : | 2299964 |

**Invoice**

### BILL TO:

Wendy's - NPC Quality Burgers A7523
**Attention: AP/Mindy Scholes**
720 W 20TH ST
PITTSBURG, KS  66762-2844  US

### SHIP TO:

Wendy's
3701 New Bern Ave

Raleigh, NC  27610-1336  US

| Quantity | Description | Disc. | Unit Price | Extended |
|---|---|---|---|---|
| 1 | Freight | 0 % | $19.55 | $19.55 |
| 1 | Wendy's-Watch-SP-RBK-Food Safety-Q0221 | 0 % | $8.12 | $8.12 |

|  |  |
|---|---|
| Sub Total: | $27.67 |
| State Taxes: | $0.00 |
| County Taxes: | $0.00 |
| City Taxes: | $0.00 |
| Other Taxes: | $2.01 |
| Total: | $29.68 |

Please log on to www.redbooksolutions.com/my-account to view a copy of your invoice and update all of your account information.

**We now offer electronic payments that will be processed using your bank account and routing information.  Save time and money with this secure, easy to use payment method. Contact us to get signed up.**

---

Prices subject to change at any time.
fold and tear at perforation

**Please include this remittance form with your payment**

| | | |
|---|---|---|
| Date :  4/19/2021 | Cust # :  A7523 | Invoice # :  1469069 |
| PO # :  11554 | Ordered By:  Isaiah Robinson | |
| Terms : Net 30 | | |

**Remit to:**

**Red Book Solutions Remittance
33270 Collection Center Drive
Chicago, IL  60693-0332**

Due Date :  5/19/2021
Total Due :  $29.68

Payment Amount Enclosed:

**Exhibit A**

**Thank you for your order.**



Remit to: **Red Book Solutions**
33270 Collection Center Drive
Chicago, IL 60693-0332 USA
800-526-9635 ▪ 303-761-6975
www.redbooksolutions.com
Located in Englewood, CO

## Invoice

| | | | |
|---|---|---|---|
| Invoice # : | 1469564 | Due Date : | 5/30/2021 |
| Date : | 4/30/2021 | Cust # : | A7523 |
| PO # : | 533 | Ordered By: | Charifah Curbean |
| Terms : | Net 30 | Order # : | 2302119 |

**BILL TO:**

Wendy's - NPC Quality Burgers A7523
**Attention: AP/Mindy Scholes**
720 W 20TH ST
PITTSBURG, KS  66762-2844  US

**SHIP TO:**

Wendy's
1060 Joppa Farm Rd

Joppa, MD  21085-3604  US

| Quantity | Description | Disc. | Unit Price | Extended |
|---|---|---|---|---|
| 1 | Freight | 0 % | $19.55 | $19.55 |
| 1 | Wendy's-Watch-SP-RBK-Food Safety-Q0221 | 0 % | $8.12 | $8.12 |

| | |
|---|---|
| Sub Total: | $27.67 |
| State Taxes: | $0.00 |
| County Taxes: | $0.00 |
| City Taxes: | $0.00 |
| Other Taxes: | $0.49 |
| **Total:** | **$28.16** |

Please log on to www.redbooksolutions.com/my-account to view a copy of your invoice and update all of your account information.

**We now offer electronic payments that will be processed using your bank account and routing information.  Save time and money with this secure, easy to use payment method.  Contact us to get signed up.**

Prices subject to change at any time.
fold and tear at perforation

**Please include this remittance form with your payment**

| | | | |
|---|---|---|---|
| Date : | 4/30/2021 | Cust # : | A7523 |
| PO # : | 533 | Ordered By: | Charifah Curbean |
| Terms : | Net 30 | | |

**Remit to:**

**Red Book Solutions Remittance**
**33270 Collection Center Drive**
**Chicago, IL  60693-0332**

| | |
|---|---|
| Invoice # : | 1469564 |
| Due Date : | 5/30/2021 |
| Total Due: | $28.16 |
| Payment Amount Enclosed: | |

**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| NPC INTERNATIONAL, INC., *et. al.*, | § § § | Case No. 20-33353 (DRJ) |
| Debtors.¹ | § § § | (Jointly Administered) |

**ORDER GRANTING MOTION OF FOURTH ENTERPRISES, LLC FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
EXPENSE CLAIM FOR POST-PETITION SERVICES**

This matter is before the Court on the *Motion of Fourth Enterprises, LLC for Allowance And Payment Of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9)* (the "Administrative Request") filed by Fourth Enterprises, LLC (formerly known as Red Book Connect, LLC d/b/a HotSchedules) ("HotSchedules"). The Court now finds that sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having determined the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is HEREBY ORDERED THAT:

1. The relief requested in the Motion is GRANTED.

2. HotSchedules is allowed a Chapter 11 administrative expense claim in the bankruptcy case of NPC International, Inc. and various related entities (collectively the "Debtors") in the amount of $779.89.

---

[1] 1 The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: NPC International, Inc. ("NPC") (7298); NPC Restaurant Holdings I LLC (0595); NPC Restaurant Holdings II LLC (0595); NPC Holdings, Inc. (6451); NPC International Holdings, LLC; (8234); NPC Restaurant Holdings, LLC (9045); NPC Operating Company B, Inc. (6498); and NPC Quality Burgers, Inc. (6457). Debtors' corporate headquarters and service address is 4200 W. 115th Street, Suite 200, Leawood, KS 66211.

{01547/0007/00267625.1}

3. Debtors are directed to pay the allowed Chapter 11 administrative expense claim in the amount of $779.89 within ten (10) days of entry of this Order.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

SIGNED this _____ day of _____, 2021.

_____
**THE HONORABLE DAVID R. JONES**