UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

In re: NPC International, Inc. § Case No. 20-33353
§
§
Debtor(s) § ☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2022    Petition Date: 07/01/2020

Plan Confirmed Date: 01/29/2021    Plan Effective Date: 03/31/2021

This Post-confirmation Report relates to:  ○ Reorganized Debtor

⦿ Other Authorized Party or Entity: NPC International, Inc., Liquidating Trust

Name of Authorized Party or Entity

/s/ Charles Braley                                                       Charles Braley
Signature of Responsible Party                                  Printed Name of Responsible Party

07/13/2022
Date
                                                                                  909 Third Avenue 30th Floor, New York, NY 10022
                                                                                  Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name NPC International, Inc.  Case No. 20-33353

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $23,169,872 | $1,012,762,475 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $23,169,872 | $1,012,762,475 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $71,890,302 | $0 | $71,890,302 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | | | | |
|---|---|---|---:|---:|---:|---:|
| i | AlixPartners LLP | Financial Professional | $0 | $21,523,499 | $0 | $21,523,499 |
| ii | Weil, Gotshal & Manges LLP | Lead Counsel | $0 | $24,456,916 | $0 | $24,456,916 |
| iii | Greenhill & Co | Financial Professional | $0 | $6,359,738 | $0 | $6,359,738 |
| iv | Epiq Corporate Restructuring | Other | $0 | $4,161,751 | $0 | $4,161,751 |
| v | KPMG LLP | Financial Professional | $0 | $164,843 | $0 | $164,843 |
| vi | A&G Real Estate Partners | Other | $0 | $4,453,495 | $0 | $4,453,495 |
| vii | Ernst & Young LLP | Financial Professional | $0 | $680,981 | $0 | $680,981 |
| viii | Deloitte & Touche LLP | Financial Professional | $0 | $821,991 | $0 | $821,991 |
| ix | Alvarez & Marsal (UCC Profes | Financial Professional | $0 | $2,898,353 | $0 | $2,898,353 |
| x | Kelley Drye & Warren (UCC P | Other | $0 | $6,368,735 | $0 | $6,368,735 |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name NPC International, Inc.                                                                                      Case No.  20-33353

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name NPC International, Inc.  Case No. 20-33353

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | $0 | $1,864,678 | $0 | $1,864,678 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | A-Lign Compliance and Security | Other | $0 | $25,000 | $0 | $25,000 |
| | ii | CBIZ Cottonwood | Other | $0 | $1,904 | $0 | $1,904 |
| | iii | Duggan Shadwick Doerr & Kur | Other | $0 | $343,416 | $0 | $343,416 |
| | iv | Grant Thornton LLP | Financial Professional | $0 | $38,414 | $0 | $38,414 |
| | v | Lewis Brisbois Bisgaard & Smi | Other | $0 | $5,777 | $0 | $5,777 |
| | vi | Ogletree Deakins Nash Smoak | Other | $0 | $145,174 | $0 | $145,174 |

UST Form 11-PCR (12/01/2021)          4

Debtor's Name NPC International, Inc.  Case No. 20-33353

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | vii | Shook Hardy & Bacon LLP | Other | $0 | $375,566 | $0 | $375,566 |
|  | viii | Stinson LLP | Other | $0 | $34,260 | $0 | $34,260 |
|  | ix | True North Law, LLC | Other | $0 | $53,549 | $0 | $53,549 |
|  | x | Sard Verbinnen & Co | Other | $0 | $831,818 | $0 | $831,818 |
|  | xi | Willis Towers Waton | Other | $0 | $9,800 | $0 | $9,800 |
|  | xii |  |  |  |  |  |  |
|  | xiii |  |  |  |  |  |  |
|  | xiv |  |  |  |  |  |  |
|  | xv |  |  |  |  |  |  |
|  | xvi |  |  |  |  |  |  |
|  | xvii |  |  |  |  |  |  |
|  | xviii |  |  |  |  |  |  |
|  | xix |  |  |  |  |  |  |
|  | xx |  |  |  |  |  |  |
|  | xxi |  |  |  |  |  |  |
|  | xxii |  |  |  |  |  |  |
|  | xxiii |  |  |  |  |  |  |
|  | xxiv |  |  |  |  |  |  |
|  | xxv |  |  |  |  |  |  |
|  | xxvi |  |  |  |  |  |  |
|  | xxvii |  |  |  |  |  |  |
|  | xxviii |  |  |  |  |  |  |
|  | xxix |  |  |  |  |  |  |
|  | xxx |  |  |  |  |  |  |
|  | xxxi |  |  |  |  |  |  |
|  | xxxii |  |  |  |  |  |  |
|  | xxxiii |  |  |  |  |  |  |
|  | xxxiv |  |  |  |  |  |  |
|  | xxxv |  |  |  |  |  |  |
|  | xxxvi |  |  |  |  |  |  |
|  | xxxvii |  |  |  |  |  |  |
|  | xxxvii |  |  |  |  |  |  |
|  | xxxix |  |  |  |  |  |  |
|  | xl |  |  |  |  |  |  |
|  | xli |  |  |  |  |  |  |
|  | xlii |  |  |  |  |  |  |
|  | xliii |  |  |  |  |  |  |
|  | xliv |  |  |  |  |  |  |
|  | xlv |  |  |  |  |  |  |
|  | xlvi |  |  |  |  |  |  |
|  | xlvii |  |  |  |  |  |  |
|  | xlviii |  |  |  |  |  |  |

Debtor's Name NPC International, Inc.                                                                 Case No.  20-33353

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

Debtor's Name NPC International, Inc.    Case No. 20-33353

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $73,754,978 | $0 | $73,754,978 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $706,500,000 | $20,000,000 | $706,150,000 | $769,087,864 | 92% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $3,000,000 | $0 | $3,000,000 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?    Yes ◯   No ⦿

   If yes, give date Final Decree was entered: _____

   If no, give date when the application for Final Decree is anticipated: 03/31/2023

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿   No ◯

| Debtor's Name NPC International, Inc. | Case No. 20-33353 |
|---|---|

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ Charles Braley | Charles Braley |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Financial Officer | 07/13/2022 |
| Title | Date |

Debtor's Name NPC International, Inc.  Case No. 20-33353


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name NPC International, Inc.                                    Case No.  20-33353


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                       10

**Exhibit**

**CASE No. 20-33353**

1. **Part 1 : Total Since Effective Date**

    Since Confirmation date (1/29/2021), consistent with prior UST post-confirmation reporting.

2. **Part 2 (c) : All professional fees and expenses (debtor & committees)**

    All professional fee disbursements were made from Debtor NPC International, Inc. (Case No. 20-33353).

3. **Part 3 : Total Anticipated Payments Under Plan**

    To the extent not otherwise included in the report, claims shall have anticipated payments in line with the *Second Amended Joint Chapter 11 Plan of NPC International, Inc. and Its Affiliated Debtors* (Docket No. 1477) (the "**Plan**").

4. **Part 3 : Paid Cumulative**

    Reflects payments made to the GUC Trust on behalf of holders of General Unsecured Claims, and does not reflect any subsequent distributions of those funds by the GUC Trust.

5. **Part 4 (a) : Date when the application of Final Decree is anticipated**

    The Plan Administrator cannot currently anticipate, with any degree of certainty, when the application for a Final Decree closing the chapter 11 case of NPC International, Inc. may be filed. The PCR form, however, requires entry of the "date when the application for Final Decree is anticipated" in Part 4 of the PCR. Therefore, the date "March 31, 2023" has been entered in Part 4 solely as a placeholder. This date is not, and should not be construed as, a goal, commitment, or prediction of the Plan Administrator or any other party, and no party should rely in any way upon such date.