IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>NPC INTERNATIONAL, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 20–33353 (DRJ) |

## NOTICE OF INCLUSION OF ADDITIONAL LITIGATION CLAIM IN ADR PROCEDURES

**PLEASE TAKE NOTICE** that, on May 25, 2021, the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") entered an order (the "ADR Order")[2] approving Mandatory Alternative Dispute Resolution Procedures (the "ADR Procedures") which, among other things, authorized the NPC International GUC Trust (the "GUC Trust") to implement the ADR Procedures for all Litigation Claims.[3]

**PLEASE TAKE FURTHER NOTICE** that the GUC Trust has identified an additional claim that was omitted from the Litigation Claims List annexed to the ADR Procedures. Pursuant to Article I of the ADR Procedures, by the filing of this notice (the "Notice"), the following claim is now classified as an Additional Litigation Claim:

| | Claimant | Claim No(s). |
|---|---|---|
| 1. | Y.L. | 21322 |

**PLEASE TAKE FURTHER NOTICE that the Additional Litigation Claim identified in this Notice is hereafter deemed included in the definition of "Litigation Claims" under the ADR Procedures and shall be administered in accordance with the ADR Procedures.**

---

[1] The Debtors in these chapter 11 cases are: NPC International, Inc. ("NPCI"); NPC Restaurant Holdings I LLC; NPC Restaurant Holdings II LLC; NPC Holdings, Inc.; NPC International Holdings, LLC; NPC Restaurant Holdings, LLC; NPC Operating Company B, Inc.; and NPC Quality Burgers, Inc.  On June 25, 2021, the Court entered a final decree closing each of the chapter 11 cases other than NPCI's chapter 11 case [Docket No. 1785].  Commencing on June 25, 2021, all motions, notices and other pleadings relating to any of the Debtors shall be filed in NPCI's chapter 11 case.

[2] Docket No. 1714

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the ADR Procedures.

**PLEASE TAKE FURTHER NOTICE** that, service of this Notice is being provided in accordance with Article I of the ADR Procedures.

Dated: August 19, 2022
    New York, New York

        */s/ Maeghan J. McLoughlin*
        KELLEY DRYE & WARREN, LLP
        Eric R. Wilson (admitted *pro hac vice*)
        Jason R. Adams (admitted *pro hac vice*)
        Maeghan J. McLoughlin (admitted *pro hac vice*)
        3 World Trade Center
        175 Greenwich Street
        New York, NY 10007
        Tel: (212) 808-7800
        Fax: (212) 808-7897
        Email: ewilson@kelleydrye.com
                 jadams@kelleydrye.com
                 mmcloughlin@kelleydrye.com

        *Attorneys for the NPC International GUC Trust*

## Certificate of Service

I hereby certify that, on August 19, 2022, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and by electronic mail on the holder of the Additional Litigation Claim, the applicable Third Party Payors and the Franchisors (each as defined in the ADR Procedures).

        */s/ Maeghan J. McLoughlin*
        Maeghan J. McLoughlin